# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| **August B. Kreis IV** | Case No. _____ |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | *(to be filled in by the Clerk's Office)* |
| -v- | |
| **See Attached** | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Defendants

Ryan Keesler

A. Rosario

K. Davis

Caleb Pinkowski

Primecare Medical Inc.

Zorilla

J. Rosario

D. Watson

Laisha Ramos

Paulina Foley

Shane P. Caffery

Darcey Fritz

Jodi Ruggiero

J. Pagani

Robert Thoma

Lauren Tamburino

Page 1 of 11 continued

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    August B. Kreis IV

All other names by which
you have been known:    Byron Kreis

ID Number    0005264

Current Institution    Northampton County Prison/Jail

Address    Northampton County Jail 666 walnut st.

Easton                PA            18042
*City*            *State*        *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Ryan Keesler

Job or Title *(if known)*    administration classication/disciplinary

Shield Number

Employer    Northampton County DOC/Jail

Address

Easton                PA            18042
*City*            *State*        *Zip Code*

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

Name    A. Rosario

Job or Title *(if known)*    corrections officer

Shield Number    570

Employer    Northampton County DOC/Jail

Address    Northampton County Jail 666 walnut st.

Easton                PA            18042
*City*            *State*        *Zip Code*

☒ Individual capacity    ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name — K. Davis
    Job or Title *(if known)* — Corrections Officer
    Shield Number — 061
    Employer — Northampton County DOC/Jail
    Address — Northampton County Jail 666 Walnut St.
    Easton    PA    18042
    *City*     *State*     *Zip Code*

[X] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name — Caleb Pinkowski
    Job or Title *(if known)* — corrections officer
    Shield Number — 547
    Employer — Northampton County DOC/Jail
    Address — Northampton County Jail 666 Walnut St.
    Easton    PA    18042
    *City*     *State*     *Zip Code*

[X] Individual capacity    [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st      8th      14th        Amendments

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# I. The Parties to this Complaint

## B. The Defendants

Defendant No. 5

| | |
|---|---|
| Name | Laisha Ramos |
| Job or Title (If Known) | Corrections Officer |
| Shield Number | 544 |
| Employer | Northampton County DOC/Jail |
| Address | Northampton County Jail 666 Walnut St. |
| | Easton          PA          18042 |
| | City            State        Zip code |

☒ Individual Capacity ☐ Official Capacity

Defendant No. 6

| | |
|---|---|
| Name | Paulina Foley |
| Job or Title (If Known) | PA-C |
| Shield Number | |
| Employer | Primecare Medical inmate health care |
| Address | Northampton County Jail 666 Walnut St. |
| | Easton          PA          18042 |
| | City            State        Zip code |

☒ Individual Capacity ☐ Official Capacity

I. The Parties to this Complaint
B. The Defendants

Defendant No. 7
    Name                    Shane P. Caffery
    Job or Title (If known)  Director of Nursing
    Shield Number
    Employer                Primecare Medical Inmate health care
    Address                 Northampton County Jail 666 Walnut St.
                            Easton              PA        18042
                            City               State     zip code
                            ☒ Individual Capacity ☐ Official Capacity

Defendant No. 8
    Name                    Darcey Fritz
    Job or Title (If known)  LPN
    Shield Number
    Employer                Primecare Medical Inmate health care
    Address                 Northampton County Jail 666 Walnut St.
                            Easton              PA        18042
                            City               State     zip code
                            ☒ Individual Capacity ☐ Official Capacity

# I. Parties to this complaint

## B. The defendants

### Defendant No. 9

| | |
|---|---|
| Name | Primecare Medical Inc. |
| Job or Title (if known) | Inmate medical care |
| Shield Number | |
| Employer | Primecare Medical Inc. |
| Address | Northampton County Jail 666 Walnut St. |
| | Easton          PA      18042 |
| | City            State   Zip Code |

☒ Individual Capacity ☒ Official capacity

### Defendant No. 10

| | |
|---|---|
| Name | Jodi Ruggiero |
| Job or Title (if known) | Jail Advisory Board |
| Shield Number | |
| Employer | Northampton County DOC |
| Address | Northampton County Jail 666 Walnut St. |
| | Easton          PA      18042 |
| | City            City   Zip Code |

☒ Individual Capacity ☐ Official Capacity

Page 3 of 11 continued

I. Parties to this Complaint

B. The defendants

Defendant No. 11

Name — Zorilla

Job or Title (IF known) — Corrections Officer

Shield Number — 375

Employer — Northampton County DOC

Address — Northampton County Jail 666 Walnut St.

Easton        PA        18042
  city              state        zip code

☒ Individual Capacity ☐ Official capacity

Defendant No. 12

Name — J. Pagani

Job or Title (if known) — Corrections Officer

Shield Number — 523

Employer — Northampton County DOC

Address — Northampton County Jail 666 Walnut St.

Easton        PA        18042
  city              state        zip code

☒ Individual Capacity ☐ Official Capacity

Page 3 of 11 continued

I. Parties to this complaint

B. The defendants

Defendant No. 13

Name — J. Rosario

Job or Title (if known) — corrections Officer

Shield Number — 332

Employer — Northampton County DOC

Address — Northampton County Jail 666 Walnut St.

Easton — PA — 18042
City — State — Zip code

[X] Individual Capacity    [ ] Official Capacity


Defendant No. 14

Name — Robert Thoma

Job or Title (if known) — corrections Officer

Shield Number — 497

Employer — Northampton County DOC

Address — Northampton County Jail 666 Walnut St.

Easton — PA — 18042
City — State — Zip code

[X] Individual Capacity    [ ] Official Capacity


Page 3 of 11 continued

I. Parties to this Complaint

B. Defendants

Defendant No. 15

Name                                   D. Watson

Job or Title (if known)                Corrections Officer

Shield Number                          438

Employer                               Northampton County DOC

Address                                Northampto County Jail 666 Walnut St.

                                       Easton              PA        18042
                                       city               state      zip code
                                       ☒ Individual Capacity  ☐ Official Capacity

Defendant No. 16

Name                                   Lauren Tamburino

Job or Title (if known)                Health Service Administrator

Shield Number

Employer                               Primecare Medical inmate health care

Address                                Northampton County Jail 666 Walnut St.

                                       Easton              PA        18042
                                       city               state      zip code
                                       ☒ Individual Capacity  ☐ Official Capacity


Page 3 of 11 continued

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*See    attached*

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV.  **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Northampton  County  Jail  8/24/2024 — 11/5/2024*

II. Basic of Jurisdiction
    D.

1. Ryan Keesler is an employee for Northampton County DOC acting under the color of the Pennsylvania state Flag.

2. Iaisha Rosario is an employee for Northampton County DOC acting under the color of the Pennsylvania State Flag.

3. K.Davis is an employee for Northampton County DOC acting under the color of the Pennsylvania state Flag.

4. Caleb Pinkowski is an employee for Northampton County DOC acting under the color of the Pennsylvania state Flag.

5. Iaisha Ramas is an employee for Northampton County DOC acting under the color of the Pennsylvania state Flag.

6. Paulina Foley is a contracted medical care provider for the Northampton County DOC acting under the Pennsylvania Flag.

7. Shane P. Caffrey is a contracted medical care provider for the Northampton County Doc acting under the color of the Pennsylvania State flag.

8. Darcey Fritz is a contracted medical care provider for the Northampton County DOC acting under the color of the Pennsylvania State flag.

9. Primecare Medical Inc. is a contracted inmate medical care company working for Northampton County Doc acting under the color of the Pennsylvania State Flag.

Page 4 of 11 continued

II. Bodies and Jurisdiction
     D.

10. Jodi Ruggiero works for the County of Northampton acting under the color of the Pennsylvania State Flag.

11. Zorilla is an employee for the Northampton County DOC acting under the color of the Pennsylvania State Flag.

12. Pagani is an employee for the Northampton County DOC acting under the color of the Pennsylvania State Flag.

13. J, Rosario is an employee for the Northampton County DOC acting under the color of the Pennsylvania State Flag.

14. Robert Thoma is an employee for the Northampton County DOC acting under the color of the Pennsylvania State Flag.

15. D. Watson is an employee for the Northampton County DOC acting under the color of the Pennsylvania State Flag.

16. Lauren Tamburino is a contracted inmate medical care company working for Northampont County DOC acting under the color of the Pennsylvania State Flag,

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

see attached

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Severe headaches, emotional distress, choking and throat burning, swollen knuckless, shaking, and uncontroled moving
- I need brand name anti convalsant put never recieved it
- I need tylenol but they never give it to me.
- I was just told to keep putting in medical requests.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- Punitive damages of $20,000,000.00 for constitution violations

- Inquctive relief for this Jail to be investigated by the court for it's lack of respect for the value of human life, dirty and draconian living condition, and inadequate inmate health care.

IV. Statement of Claim

C.

1. 8/24/2024 at 6:40pm until 8/29/2024 till

2. 9/4/2024 at 8:00 am

3. 9/15/2024 at 3:00 pm

4. 9/16/2024 at 11:30 am

5. 9/17/2024 at 1:30 pm

6. 9/18/2024 at 10:45 am

7. 9/24/2024 at 1:00 pm

8. 9/25/2024 at 3:30 pm

7. 9/27/2024 at 3:35 pm

10. 9/30/2024 at 2:00 pm

11. 10/2/2024 at 5:00 pm

12. 10/3/2024 at 6:09 am

13. 10/3/2024 at 7:00 am

14. 10/3/2024 at 9:30 am

15. 10/3/2024 at 3:00 pm

16. 10/4/2024 at 2:00 pm

17. 10/6/2024 at 6:35 pm

18. 10/6/2024 at 10:01 pm

19. 10/7/2024 at 9:25 am

20. 10/8/2024 at 6:00 am

21. 10/8/2024 at 7:30 am

22. 10/15/2024 at 6:00 am

23. 10/18/2024 at 9:25 am

24. 10/18/2024 at 9:00 pm

25. 10/26/2024 at 6:50 pm

26. 10/27/2024 at 8:10 am

Page 5 of 11 continued

IV. Statement of Claim
     C.

27. 10/27/2024    at   8:50 pm
28. 10/28/2024    at   9:18 pm
29. 10/31/2024    at   8:45 pm
30. 11/2/2024     at   8:40 pm
31. 11/3/2024     at   8:46 am
32. 11/3/2024     at   9:06 am
33. 11/3/2024     at   10:00 am
34. 11/4/2024     at   6:30 pm
35. 11/5/2024     at   10:42 am

Page 5 of 11 continued

# IV. Statement of Claim
## D

1. Upon my intake at Northampton County Jail that was executed by D. Watson badge 438 from the custody of the Bethlehem City Police Department my Anti anti convulsant was miss placed and I did not recieve my Life Sustaining Anti Convulsant for (5) days. Upon leaving the Bethlehem City Police Department I was shown all of my property and I had to sign off for what was in their possession and the Anti that was taken out of my vehicle was there. Medical staff told me that they never recieved it from intake and I watched the Law Enforcement Officers give it to CO D. Watson.

Corrections Officer D. Watson was working at the Northampton County Prison at the time I sought out of my constitutional right the redress of my incarceration conditions and when the Prison was served with pending lawsuit 21-CV-2360 and as a result of me being hated by prison staff for for my right and treating with hatred and disrespect 16 months after initial service of my pending civil rights lawsuit I did not get my life sustaining anti cunvasant for 5 days. prescribed by Dr. Chad E. Saunders, MD of St. Lukes Neurology.

<u>Page 5 of 11 continued</u>

IV. _____
  D.

2. Administation classification specialist/Behavior hearing official Ryan Keesler came on to the F Tier block and stated "oh Kreis just who I wanted to see". I came closer to be able to hear him and then he became aggressive and started screaming at me. Ryan Keesler had a request slip in his hand that I had sent him informing administration of the danger or my cellmate not being able to sleep and the chance that it could escalate to physical violence. (please see the attached exhibit). He continued to scream at me "If you send me another request slip like this Kreis I will beat the shit out of your fucking 5'6" tall pussy ass! Your a little bitch! You have been trying to sue us for years, how is that working out for you jackass?! If you even put in one grievance about anything I will put you in the BHU E Tier on administrative segregation! do you got it you little bitch?" and I then just stated "yes" and he stormed off the unit. CO Hampton badge # 296 was ten feet away and witnessed it all.

Page 5 of 11 continued

IV. Statement of Claim
D.

3. A "Code Blue" medical Emergency was called for me having an epileptic episode. Corrections Officer Spaziani badge 552 witnessed the situation and called the code. Theresa Nagle-Knauss took my base line vitals then LPN Darcey Fritz "cleared" me at the question of LT. Williams stating "what ever he will be fine, just put him in his cell and check on him lol"

4. I was called to medical to speak to Director of Nursing Shane P. Cafferey and Physician Assistant, cirtified Paulina Foley about my epileptic episode the previous day and I stated "It is because, my medication is being given at inconsistant times and I am having bad headaches". Paulina Foley stated "I will take care of the med. times" and Shane P. Caffrey stated "put in a medical request if needed". Nothing ever changed with inconsistant medication distrobution and they don't answer the medical request slips.

IV.

D.

5. I was taken by the Northampton County Sheriffs Department to the Fountain Hill St. Lukes Hospital campus "Sleep Medician" about the need of breathing assistance and Primecare Medical Inc. and the Northampton County Jail are now informed by specialists, I was informed that the last time I had a sleep study I stopped breathing approxi-mately 300 times in a 8 hour period.

6. I was called to the medical office to speak to Director of Nursing Shane P. Caffery and Physicians Assistant, certified Paulina Foley about the rental of a CPAP and that it had to be cleared by their corporate office. I stated "Something is wrong with my medication" but, I was ignored out of retaition for the pending lawsuit 21-CV-2360, which is the only reason they would rent a CPAP. Last time I was in Northampton County Jail's custody I was told "If you didn't come with it or have someone to bring it I don't know what to tell you."

Page 5 of 11 continued

IV. Statement of Claim

D.

7. I speak to Jodi Ruggiero from the Jail advisory board about the "Code Blue" for an epileptic episode and the medical staff not answering medical requests. I also brought up the way my anti convulsant life sustaining medication is given to me at random times. She stated "I will take care of it" and the Jail Advisory board is supposed to deal with stopping anything dangerous to inmates in the jail but, nothing was ever done about anything we discussed. Medication is still dispenced inconsistantly and they ignore medical requests.

8. I was sent to the hole /BHU/E Tier by CO Ramos badge #544 after she told me "Shut the fuck up and get the Fuck away from my desk". I was talking to another inmate and I was not even near her desk but she lied on a ~~greivence~~ formal misconduct, and told me to "pack up ~~your going to~~ the hole". She put on the formal misconduct I said "Fuck the air your breathing". I was taken by CO Lafragola to medical where he asked PA-C Paulina Foley if I was on "medical observation" and she stated "No" which is when I first learned that PA-C Paulina Foley never put it in the primecare medical system that I should be, and that is her responsibility to do so. It is also a topic in pending 21-CV-2360

Page 5 of 11 continued

IV. Statement of Claim
D.

9. The F-Tier block Corrections Officer called medical which goes to the medical station Corrections Officer 17 who was Corrections Officer Zorilla and was on speaker phone. They were called because, I felt dizzy and had a headache. Corrections Officer Zorilla immediately stated "Tell that shmuck he can wait" and hung up. Five (5) minutes later Corrections Officer Zorilla called back on speaker phone and stated "That piece of shit has nothing for him down here he is an asshole."

10. Corrections Officer Pagani placed me on Disciplinary segregation lieing on the Formal Misconduct about a racial slure and stating "Kreis pushed the other inmate" when I didn't but, the inmate almost pushed me onto my head. Corrections Officer Pagani ripped everyth-ing out of my cell destroying legal work and never even inventoryed my property having me sign a property sheet. I was kept in cell F14 on DS never being afforded the chance to shower or go to 1 hr recreation in the cages. I was kept in the cell 24/7 against NCP handbook policy I was in the cell 24/7 for 15 days by Ryan Keesler

Page 5 of 11 continued

IV.

D.

11. I aske Corrections Officer Rosario for medical assisstance for my CPAP machine for breathing and she refused to call medical stating "I'm not calling any —one."

12. Corrections Officer Rossario turned off the power outlet to my CPAP and I woke up choking with the danger of re breathing exhaled air. I explaind to Corrections officer Rosario "The light switch shuts off the power outlet" and she stated "To bad the light is staying on so your not using it."

13. Corrections Officer Rosario watched over LPN Bonnie give me moring medication and no Trileptal was given to me as my Life Sustaining Anti convulsant. Director of Nursing Shane P. Caffery is responsible for the ordering of medication, I asked "where is my Trileptal" and LPN Bonnie stated "We have none."

Page 5 of 11 continued

IV. Statement of Claim

D.

14. Corrections Officer A. Rosario allowed inmates to come over to my cell and purposely turn the outlet off inside my cell for my CPAP machine and just laughed not stopping them after I knowditied her and showed her the DOJ order for the CPAP.

15. Corrections Officer K. Davis flipped the light switch outside the cell as soon as he relieved corrections officer Rosario and I stated to him when I woke up choking "Please turn off that light switch from the downward position so the outlet will work" and I showed him the DOJ order and he stated "No one told me about ~~me about~~ your machine and the light switch is staying on so I don't know." I was unable to use my CPAP and continued to choke during sleep.

Page 5 of 11 continued

IV.

D.

16. Corrections Officer Caleb Pinkowski flipped the switch outside the cell as soon as he came on shift shutting off the power outlet to my CPAP. I asked him "Can you please turn the light switch back because it causes the outlet to shut off for my CPAP" Corrections officer Caleb Pinkowski stated "yeah ok whatever it is staying that way."

17. Corrections Officer J. Rosario allowed inmates to flip the light switch on and off turning my CPAP on and off causing me to choke as he laughed ~~sitting around~~ sitting at post 14 on F-Tier.

Page 5 of 11 continued

I V. Statement of Claim

D.

18. Corrections Officer Rosario turned off the power outlet for my CPAP by flipping the light switch and I began to say something then she cut me off stating "Because you are the inmate I don't care what you are saying, the light switch is staying on so I can see you better so you are not using your breathing thing" and I stated "Ma'am the outlet only works with the light switch off, can't you use your flash light if you need to?" Corrections officer Rosario stated "Why the Hell should I have to work harder?". Then walked away resulting in me have to choke not using my CPAP.

Page 5 of 11 continued

IV. Statement of Claim
D.

19. I had my diciplinary hearing with Ryan Keesler about my write/Formal misconduct from corrections officer Pagani. Corrections Officer Robert Micklich badge number 152 came on to F Tier to bring me out to see Ryan Keesler and he is witness to every-thing. I had to sign that I was guilty to anything or Ryan Keesler will give me even more time on Diciplinary Segregation. Ryan Keesler worked at Northampton County Jail when my pending lawsuit was filed working under defendant "John Harman". I stated that "I wanted a Keep seperate on another inmate that was being aggresive with me" and he denied it but, the inmate put his hands on me after I got off disiplinary segregation. Witness corrections officer Robert Micklich stated "He was calling him a rat when I was bringing Kreis out to you." Ryan Keesler stated "I will have Horvath look into/watch over anything with it" but, he still put his hands on me. I also brought up the power outlet wiring with the switch in my cell. Ryan Keesler stated "I will have maintenance look into it as soon as possible" but as of writing this lawsuit maintenance hasn't. The last thing I stated to Ryan Keesler was "They havn't been letting me out to shower or 1hr recreation" and Ryan Keesler stated "Okay well they kept you in your cell at least I guess you just shouldn't get in anymore trouble. I was still kept in my cell 24/7 with no showers Ryan Keesler stated "Okay I'm giving you 15 days."

Page 5 of 11 continued

IV. Statement of Claim
        D.

20. Corrections officer A. Rosario was shift releaf at 6:00 am and immediately shut off the outlet to my CPAP for breath assistance and commented "Oh well you can't use that machine thing LOL" Immediately walking away. Causing me to sleep without it.

21. I was taken on a medical run to St. Lukes neurology by the Northampton County Sheriffs Department. The PA for Dr. Chad E. Saunders said "You must use your CPAP anytime you sleep or it can bring on siezures by sleep depervation. I will try to get you a new magnet for your VNS implant and they must use it anytime you have a siezure. You have to take your medication 12 hour apart and be on "medical observation" because of the risk of (SUDEP) (sudden unexpected death in epilepsy). Brand name Trileptal" Sheriff Graner is wittness. Polina Foley is responsible for entering all of these orders into the Primecare Medical Inc. system but, I'm not on "medical observation" nor am I getting brand name Trileptal

Page 5 of 11 continued

IV. Statement of claim's

D.

22. I got off of the 15 days of disciplinary segregat
-ion that Ryan Keesler gave me and being in my
cell 24/7 afforded no chance to shower or 1hr.
recreation M-F as pursuant to policy.

23. Morning med pass by LPN Peyton, a grievance
was given by me for my medication not being
given at consistant times and me having very
painful headaches which after 24 years of epilepsy
I know can easily grow into full epileptic episodes
and Director of Nursing Shane P. Caffrey is responsible
for direction over looking the LPNs and medication
distrobution.

Page 5 of 11 continued

IV. Statement of Claim

D.

24. Evening med. pass given by RN Luran, tamburino head of the medical department stationed at Northampton County Jail crushed my anti convulsants against specialists orders for continued care of my cronic epileptic medical condition.

25. Corrections Officer Brittaney Dewalt badge 443 watched LPN Darcey Fritz distribute evening medication at another inconsistant time against my specialists orders or continued care for my epilepsy.

26. Corrections Officer Kayla Hernandez over saw LPN Irdea give morning medication at another random against my specialist's recommendations for continued care so no "Break Through" siezures occure which will put my life in danger of SBI or death.

Page 5 of 11 continued

27. Corrections Officer Brittany Dewalt badge #443 called medical station Officer 117 and corrections officer Ramos badge 544 answerd the phone. Officer Dewalt was calling for medical assisstance for me for a severe headache but Corrections officer Ramos Stated "That asshole can wait till third shift."

28. Corrections Officer Zayas badge 326 stated "I just talked with medical and they are short staffed and they are still working on the diabetics so they will come with medication when they are done." I was locked in for 20 minutes by the time they even got to us for medication and this is an example of how bad the medical care is in Northampton County Jail and my specialist recommendations for continued care of my serious medical needs are ignored placing my life in danger of SBI or death because Shane P. Caffery who's responsibility medication is and Paulina Foley who needs to enter things from my specialist into Primecare Medicals Computer System dont do jobs

D.

29. LPN Ivy brought evening medication with corrections officer Spaziani badge 552 witness. LPN Ivy confirmed it for the second time that I am not on "medical Observation" despite my specialists recommendations Dr. Chad E. Saunders, MD for on going care for my serious medical needs. LPN IVY and F Tier or the BHU/hole are not medical observation if you were on it you would be on H Tier or the medical housing unit near medical" Paulina Foley and Shane P. Caffrey are ignoring my specialist recommendat -ions for ongoing care by Dr. Chad E. Saunders for serious medical needs which is allowing Ryan Keesler to place me where ever he wants punishing me as a pretrial detainee with no penological purpose besides machination, in deliberate indifference.

Page 5 of 11 continued

IV. Statement of Claim

D.

30. Corrections officer J. Rosario badge 332 escorted LPN IVY to deliver medication and I saw and/or was given 2 generic 300mg Dark oblong Trileptal pills to make up for 1 600mg Trileptal which should be Brand name only according to Dr. Chad E. Saunders of St. Luke's Neurology for ongoing care of a serious medical needs cronic condition that will put me at risk of SBI or death because of Paulina Foley and Shane P. Caffery.

31. Corrections Officer Robert Thoma refused to sign a request slip for a request for a grievance so I could try one last time to exhaust my administrative remedies to meet the PLRA. He stated "I want to know why you need a grievance or I'm not signing it because, I want to know if it is grievable or bullshit". That decion is up to the grievance supervisor not the Corrections officer and my grievance is an exercise of my protected speach. As such I was in the action of a constitutionally protected right, since the facility has a grievance system. As a result of the reluctance of corrections officers willingness to allow your to use the grievance system now I run the risk of the negative action of my lawsuit being thrown out under the PLRA.

Page 5 of 11 continued

IV. Statement to Claim

D.

32. LPN Joan Kneas delivered medication with Corrections Officer Robert Thoma. I took my medication cup and took out my 600mg Trileptol and I asked Joan "why does this not look right, is this brand name?" LPN Joan stated "No it is not, I just poured it and I was looking for it but, we don't have it. Are they not ordering it any more?" I stated "They should be" LPN Joan stated "This place is a mess, it is bad" DON Shane P. Caffery is responsible for the ordering of my Life sustaining Anti convulsant medication that my Neurology specialist from St. Lukes Neurology has told Primecare Medical Inc. employees Paulina Foley and Shane P. Caffery I must have as continued care by Dr. Chad E. Saunds, MD for my serious medical needs so I have no break through siezures. As a result of me filing my pending suit in May of 21, 21-CV-2360, they are placing my life in risk of SBI or death by acting like they don't have access to my complete Primecare Medical INC. File which already states Dr. Chad E Saunders requirements for care. I have a copy of it in my cell do to Rule 26a1 the attorney for Primecare Medical Inc in suit 21-CV-2360 just sent it to me.

Page 5 of 11 continued

3. Primecare has the Policy of the Primecare intake individual checking your pharmacy upon intake but, they do not ask, nor do they care if it is specified to be brand name by the prescriber. As a result Primecare Medical Inc. has a custom of buying generic medication to save money. Primecare Medical Inc.'s custom of this action caused me severe headaches, dizziness my siezure on 9/15/2024 and a nocturnal siezure on october 24th. Primecare Medical Inc. is aware of similiar conduct of the same mannor as a result of me seeking relief in the federal Court for the exact same actions during my incarceration at Northampton County Jail From 11-8-2020 to 2-15-2023. Pending case 21-CV-2360, and Primecare has taken no measures to prevent it from happening again. Primecare Medical Inc. keeps your inmate medical file even after your release, mine is "August Byron Kreis #2419-6383" contained within this file is ALL of my medical specialists "Dr. Chad E. Saunder's" recomendations of continued care "St. Luke's Neurology" for continued care of my serious medical needs. As a result primecare does not review your medical records for proper continued care. Placing me in grave danger of SBI or death. Dr. Chad E. Saunders of St. Lukes Neurology has told the primecare employees of Northampton County Jail that I must be on "Medical Observation" and use brand name Trileptal only but, as a result of them not monitoring, disciplining or admonishing its employees they do not administer proper health care for inmates

Page 5 of 11 continued

34. All primecare employees "Paulina Foley", "Shane P. Caffery" and "Darcey Fritz" are ignoring my requests for medical care and the defendants are ignoring the recommendations for continued proper care for my serious medical needs. Dr. Chad E. Saunders of St. Lukes Neurology has made it clear that I must be on "medical observation" because I'm at risk of SUDEP (sudden Unepected Death in epilepsy) and that I must recieve Brand name Trileptal anti convulsant Life sustaining medication. I was in the Northampton County Jail when I seeked/sought the constitutionally protected right for relief in the Federal Court between the dates of 11/8/2020 and my release on 2/15/2023. I was in society for 16 months before being brought back into custody at the Northampton County Prison. The defendants "Paulina Foley" and "Shane P. Caffery" are in the pending lawsuit 21-CV-2360 and as a result of coming back into custody at Northampton County Prison after they were served in 2023 with a civil Rights violation lawsuit, now all 3 defendant's are not giving me proper medical care or following specialists' orders placing me in the danger of SBI or Death. I have also suffered unneccessary pain because of dizziness, severe headaches and siezures being ignored by the three listed defendants. In retaliation of me going to the Court.

Page 5 of 11 continued

IV. Statement of Claim

D.

35. Defendant Lauren Tamburino is the health service Administrator in charge of watching over ALL medical care at Northampton County Prison. Lauren Tamburino took the job of defendant "Jenn Keller" in pending lawsuit 21-CV-2360 in which she was working in the jail at the time I was seeking constitutionally protected right to do so and now she is allowing the medical defendants stationed here to give me inadequate medical care. Lauren Tambino is also in charge of looking over my protected right of grievances to primecare and she has completely stopped responding to anything. She knows my "serious medical needs" do to me being here 16 months ago and her being here at that time, plus the access to medical file "August Byron Kreis # 2419-6383" and being deliberately indifferent to my "seriously medical needs" diagnosed by St. Lukes Neurology Dr. Chad E. Sauders allowing medical to give me generic Trileptal and not having me on "medical observation" by order of St. Lukes Neurology Dr. Chad E. Saunders, MD.

Page 5 of 11 continued

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Northampton County Jail_

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_All Non medical claims / DOC only_

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_____

2.    What did you claim in your grievance?

_____

3.    What was the result, if any?

_____

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

   _____ See   attached _____

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed,
       when and how, and their response, if any:   • I   got   No   Response
       ° 10/7/2024
       I   wrote   to   the   Northampton   County   Jail   Advisory
       board   to   aviod   defendant   Ryan   Keesler   finding   out.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative
    remedies.

   _____ See   attached _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
   administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

III. Exhaustion of Administrative Remedies Administrative Procedures

E.

1.

• Unlike what it states in the "synopsis of the inmate grievance review system" that, "All forms will be made available to officers, counselors and inmates upon request" The ONLY way to get Form No. NCP.- 167 for initial filing is from a SGT. or LT. and just writing an inmate request never gets answered. If you see one in person you can try asking but, they are very reluctant to help you. I was told several times that "I will get you one", especially knowing I have a pending lawsuit.

• After the threats of physical assualt and being placed on Administrative Segregation in retaliation by defendant Ryan Keesler for the use of the grievance system, I was afraid to try to use it. Listed defendant Rgan keesler worked under my pending lawsuit 21-CV-2360 Defendant "John Harman". Ryan Keesler's actions of claim 2 in this complaint.

• My last attempt of going throw the "grievance review system". On the date of 11/2/2024 I asked CO Thoma for a request slip to fill out to the LT. for a grievance and he stated "I want to Know why exactly you need it or I am not signing it because, in my discretion it is not grievable."

Page 8 of 11 continued

Case 5:24-cv-06105-JLS    Document 2    Filed 11/12/24    Page 41 of 122

VII. Exhaustion of Administrative Remedies Administrative Procedures

F.

1.

- 11/2/2024 at 12:01pm CO Labanz badge 389 was breaking the primary officer for "Officers chow" and I asked "Who is the shift supervisor as far as the full grievance process?" and officer Labanz stated "I believe it would be the CT, or the SGT." Officer Labanz stated "why" I stated "I want to grieve something Ryan Keesler did" and I told officer Labanz about his threats of physical violence/assualt and putting me on administrative segregation in the BHU/hole if I put in any more request slips or any grievances for any reason. Officer Labanz stated "He does have power in the jail to do that Kreis, he took John Harman's job and he will find out you did it no matter what, I wouldn't do that if I was you."

Page 8 of 11 continued

## VII. Exhaustion of Administrative Remedies, Administrative Procedures
### G.

Pursuant to Northampton County Jail's procedures no medical claims can be taken up in the DOC grievance system. Even if it is something that does criss cross DOC's actions like "Where you can be housed" if it is an inmate's medical order to be on medical observation the DOC has to comply with Primecare's medical order. I took advantage of Primecare Medical Inc.'s grievance system as much as possible for all things they are to handle. Ryan Kreesler has nothing to do with medical. Medical just stopped answering to grievances. Please see exhibits.

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    August B. Kreis IV

Defendant(s)    See attached

2.    Court *(if federal court, name the district; if state court, name the county and State)*

The United States Court for the Eastern District of Pennsylvania

3.    Docket or index number

21-CV-2360

4.    Name of Judge assigned to your case

Hon. Cynthia M. Rufe, J.

5.    Approximate date of filing lawsuit

05/27/2021

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

VIII. Parties to this Suit

D.

1.                    Defendants

Lt. Jeremy Ackerman                  John Klienman

Michael Gazzano                      John Harman

Charles Horvath                      J. Santiago

Primecare Medical Inc.               Fernando Arias

James C. Kostura                     Andrew Kuczma

Shane P. Caffery                     Jeremy Walker

Jenn Keller                          Paulina Foley

Kerstyn Aravich                      Nichole Brooks

Mark T. Bartholomew

Page 10 of 11 continued

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11/5/2024

Signature of Plaintiff       *August B. Kreis IV*

Printed Name of Plaintiff    August B. Kreis IV

Prison Identification #       000 5264

Prison Address               Northampton County Prison 666 Walnut St.
                             Easton                      PA        18042
                                    City                State      Zip Code

### B.     For Attorneys

Date of signing:   _____

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____
                             _____
                                    City                State      Zip Code

Telephone Number             _____

E-mail Address               _____

# Synopsis of the Inmate Grievance Review System

## Policy:

The Grievance Review System (GRS) NCP Policy 14.03 has been established to handle inmate complaints not addressed by the inmate request slip System. This system will also help to identify problems within our institution. Eight (8) forms are available to process complaints and appeals.

## Procedure:

A grievance supervisor will recieve the initial GRS Form No. NCP-167. The supervisor must respond using Form No. NCP-168. If the inmate requests an appeal, Form No. NCP-169 must be completed and will be reviewed by the Deputy Warden of Classification or their designee. The response to this appeal will be made on form No. NCP-170. If future appeals ensue, form No. NCP-171 must be completed by the inmate and passed on to the jail advisory board solicitor for review. If the board solicitor chooses, this appeal can be sent to a grievance review board which is comprised of three (3) jail advisory board members, the warden or designee; serving a four (4) year term for further decision. All forms will be made available to officers, counselors and other inmates upon request.

The deputy warden of classification and the grievance review board can dismiss complaints at any time if the complaint involves an issue deemed more suitable for consideration by a court order. No inmate will be penalized for filing a GRS form. However the inmate will be liable for his/her statements or actions. Before a grievance can be filed, all other institutional procedures must be exhausted (refer to to instructions on form No. NCP-167). All complaints must be initiated by individuals, and not by representatives of a group. Signed complaint forms shall be deposited in the request slip box addressed to the grievance supervisor.

Once the initial grievance form is accepted, it will be assigned a GRS registration number, this number will be entered into a GRS registry along with the date recieved and the name of the complaint. This GRS registry number becomes the identification method to be used through the grievance procedure and should be on every form relative to the complaint. The grievance supervisor shall investigate the allegation alerting all participants named in the grievance who are then required to respond within forty-eight (48) hours of recieving the grievance form.

The grievance supervisor, within ten (10) working days must present a written report form No. NCP-168, summarizing his investigation and recommendations to the Deputy Warden of Classification with copies to all involved. IF the grievant objects to these recommendations, an appeal can be made in writing form No. NCP-169 within five (5) working days of the issuance of the report.

Page 2 of 5

The Deputy Warden must affirm, modify, or reverse the decision of the grievance supervisor within twenty-one (21) working days of the appeal notice. If any party disagrees with the Deputy Warden's decision, the appeal must be presented for review by the jail advisory board solicitor within (3) working days. The jail advisory board solicitor has thirty (30) working days to investigate the merit of the appeal. Once the investigation is complete, a written determination must be presented to all parties named in the grievance as well as the Deputy Warden.

The board solicitor shall notify the jail advisory board and the Director of Corrections if the board solicitor determines that any part of the jail operation presents a risk of harm to any person. In addition, any life-threatening injury or death wether the subject of a grievance or not, shall be forwarded to the complaint review board and the jail advisory board who may request the District Attorney to assign a detective to investigate the matter, grievances dealing with any act of discrimination shall be forwarded to the board solicitor and the jail advisory board for review, regardless of the deposition. All monetary settlements in excess of two-hundred fifty ($250.00) must be approved by the county executive.

Any grievant has the right to be present, before the grievance review board in person and accompanied by his counsel (if he chooses) at the inmates own expense. A record shall be made of all proceedings. Witnesses shall not be called unless directed by the grievance review board but written testimony is acceptable. A hearings will be open to the public unless security is jeoperdized.

## Fraudulent Grievances:

Any inmate who files a fraudulent grievance may be subject to a formal misconduct hearing, which can result in various disciplines such as loss of prison privileges and/or confinement to the BHU for not less then twenty (20) days, and not more then forty-five (45) days. The inmate has the right to appeal such disciplinary measures to the Jail Advisory Board Solicitor. Such appeals shall be adressed to the Solicitor for the Northampton County Jail Advisory Board for determination at the next regular session of of the Northampton County Jail Advisory Board, following reciept of the Appeal.

Page 4 of 5

If recieved the file(s) the schedule meeting, such appeal will be presented at the following meeting. The Northampton County Jail Advisory Board shall have authority to deny, modify the discipline or grant the discipline appeal by recommending that the matter be heard by the Grievance Review Board, who shall hear the matter and make recommendations following the same procedures in place for considering grievance appeals. If the grievance Review Board shall deny the discipline appeal, the inmate shall have one final appeal to the Northampton County Jail Advisory Board, as in the case of a grievance.

Page 5 of 5

# Grievance Appeal System Flow Sheet

Inmate Complaint (Form No. NCP-167)

↓

Grievance Supervisor (10 days to respond)

Returns to inmate     Form No. NCP-168
(can Appeal within 5 days, Form No. NCP-169)

↓

Appeals to Deputy Warden of Classification
Deputy Warden has 21 days to respond (Form No. NCP-170)

Returns to Inmate     Inmate has 3 days to Appeal
using Form No. NCP-171

↓

Appeal to Prison Advisory Board, Advisory Board has 30 days
to respond

Returns to Inmate.     Inmate has final Appeal to
Grievance Review Board Composed of Prison Board member,
Warden, and Civilian Representative

↓

Final     Decision

Page 1 of 1

# PRIMECARE
## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: August B. Kreis IV    Date: 10/25/2024

Date of Birth: 02/01/1958    Location: Northampton County F14

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

My anti convulsant medication has not been given
to me at proper time and/or consistant 12 hour
intervals as the specialist has told primecare
in Northampton County and this has led to massive
headaches which can turn into full epileptic episodes.

**Solution Requested:**

please give my medication by the specialists
order and I have missed doses which LPN
Bonnie told me it was Don Shane Caffery's
fault

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
### *DO NOT WRITE BELOW THIS LINE*
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
## SOLUTIONS/RECOMMENDATIONS

Date Received: _____    Date Forwarded: _____

**RESPONSE:** _____

_____

_____

_____

_____

Health Services Administrator: _____

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc:  (Check all that apply)
____ Director of Corrections        ____ Grievance File
____ Warden
____ Treatment Deputy
____ PrimeCare R/A Office

White Page: Medical             Yellow Page: DOC             Pink Page: Inmate's Receipt

# PRIMECARE
## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

| INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink. |

Name: _August R. Kreis IV_    Date: _10/25/2024_

Date of Birth: _2/11/1985_    Location: _F14_

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

_On the 15th of September a "Code Blue" was called to F Tier and Tier sec resigned base line vitals and Tracy Fritz told DOC staff that "He will be fine" and had ct Williams put me back into myself. Another inmate had a seizer_

**Solution Requested:**

_and was taken off the block for observation & further medical care. This Facility knows the level and/or severity of my health. Only taking base line vitals will not confirm if I have a brain an_

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### *DO NOT WRITE BELOW THIS LINE*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
## SOLUTIONS/RECOMMENDATIONS

Date Received: _____    Date Forwarded: _____

**RESPONSE:** _____
_____
_____
_____
_____
_____

Health Services Administrator: _____

**INMATE APPEAL:** _____ **I do wish to appeal**    _____ **I do not wish to appeal**

Cc: (Check all that apply)
_____ Director of Corrections         _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical         Yellow Page: DOC         Pink Page: Inmate's Receipt

# PRIMECARE
## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

| INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink. |
| --- |

Name: _August B. Kreis IV_     Date: _10/28/2024_

Date of Birth: _02/01/1958_     Location: _F14_

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

_I want to get the level of medical care
deserved to EVERYONE who is in custody
of the state. The value of human life is
NOT something to pick and choose. I also
do not understand why if I have a really bad_

**Solution Requested:**

_headache I need to fill out a medical slip to
recieve the tylenol tomorrow. Please follow the
directions of the specialist when sent on the medical
run._

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### *DO NOT WRITE BELOW THIS LINE*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## SOLUTIONS/RECOMMENDATIONS

Date Received: _____     Date Forwarded: _____

**RESPONSE:** _____

_____

_____

_____

_____

Health Services Administrator: _____

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc: (Check all that apply)
_____ Director of Corrections     _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical          Yellow Page: DOC          Pink Page: Inmate's Receipt

# PRIMECARE

## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: _August B. Kron III_____    Date: _11/3/2024_____

Date of Birth: _02/21/1988_____    Location: _F H_____

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

_why was I never placed on medical observation_
_for my Epilepsy like I was for the 2 months I_
_was previously in the facility by specialist recommendation_

**Solution Requested:**

_can you please look at specialist recommendation_

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
*DO NOT WRITE BELOW THIS LINE*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## SOLUTIONS/RECOMMENDATIONS

Date Received: _____    Date Forwarded: _____

**RESPONSE:** _____

_____

_____

_____

_____

Health Services Administrator: _____

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc: (Check all that apply)
_____ Director of Corrections      _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical          Yellow Page: DOC          Pink Page: Inmate's Receipt

# PRIMECARE

## MEDICAL +

The Choice for Quality Contract Services.
A Division of PIHS, Inc.

Log #: _____

## CONFIDENTIAL GRIEVANCE FORM

> INSTRUCTIONS: Fill in all the information requested down to the dotted line in blue or black ink.

Name: _____ Date: _____

Date of Birth: _____ Location: _____

**GRIEVANCE** (Give names of persons involved, date(s), specific location of incident or condition, and witnesses.):
A response will be given within 3 business days of receipt.

_____
_____
_____
_____
_____

**Solution Requested:**

_____
_____
_____
_____

**INSTRUCTIONS:** Once you have completed this form, please place in medical sick call box. If you need assistance, contact your assigned treatment counselor or have your block officer contact the Health Services Administrator.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
### *DO NOT WRITE BELOW THIS LINE*
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### SOLUTIONS/RECOMMENDATIONS

Date Received: _____ Date Forwarded: _____

**RESPONSE:** _____
_____
_____
_____
_____
_____

Health Services Administrator: _____

**INMATE APPEAL:** _____ **I do wish to appeal** _____ **I do not wish to appeal**

Cc: (Check all that apply)
_____ Director of Corrections       _____ Grievance File
_____ Warden
_____ Treatment Deputy
_____ PrimeCare R/A Office

White Page: Medical          Yellow Page: DOC          Pink Page: Inmate's Receipt

**Department of Corrections Inmate Request**

Cell No. _____ F2 _____     Date: _____ 9/2/2024 _____

I specifically request: Classification, I need to make you aware that with my severe sleep apnea there is a chance of physical assault between me and another inmate being put in my cell resulting in a failure to protect.

Inmate Name (Print): _____ August B. Kreis IV _____

Inmate Perm Number: _____ 000 5264 _____

Block Officer Reply: Prime Care has confirmed that you do not need to be housed alone. DC

ORIGINAL

Officer's Name/ Badge No. (Print): _____ M. Francois #529 _____

Official Use Only

Forward to:
☐ Director    ☐ Warden    ☐ Treatment    ☐ Classification    ☐ Records    ☐ Lt.    ☐ CCF
☐ Inmate Accounts    ☐ Profess. Responsibility    ☐ Operations    ☐ Pre-trial / Probation    ☐ Pub. Def.    ☐ Med

# County of Northampton

666 Walnut Street
Easton, Pennsylvania 18042



# OFFICIAL INMATE HANDBOOK

Revised October 6, 2023

### James C. Kostura, Director of Corrections

### David J. Penchishen, Warden

Property of the Northampton County
Department of Corrections
Handbook must be returned upon discharge from Institution

# TABLE OF CONTENTS

I.   **Introduction**

II.  **Rights and Responsibilities**
201.   Rights
202.   Responsibilities
203.   PREA

III. **Admission and Orientation**
301.   Intake Division
302.   Time Calculation
303.   Classification and Housing
304.   Suicide Prevention
305.   Public Defender
306.   Bail Procedures
307.   Out of County Residents
308.   Inmate Accounts

IV.  **General Rules**
401.   General Rules
402.   Housing Unit Rules
403.   Laws
404.   Disturbance Procedures
405.   Security Concerns
406.   Lockdown/Headcount
407.   Request Slips
408.   Personal Hygiene
409.   Condition of Cells
410.   Bedding
411.   Clothing
412.   Tobacco Products
413.   Destruction of County Property
414.   Internal Movement
415.   Dining Room Conduct
416.   Special Diets
417.   Inmate Searches and Urine Tests
418.   Gates 4/5 Clearance
419.   Jewelry
420.   Television and Radios
421.   Telephones
422.   Contraband

V.   **Disciplinary Procedures**
501.   Inmate Disciplinary Procedures
502.   Informal Resolution
503.   Issuance of Formal Misconduct
504.   Charge Reference Codes
505.   Misconduct Hearings
506.   Assistance to Charged Inmate
507.   Disposition of Charges
508.   Appeals
509.   Institutional Recommendations and Reports

VI.  **Institutional Classification**
601.   Objective Jail Classification

602.   Minimum Custody
603.   Medium Custody
604.   Maximum Custody
605.   Administrative Segregation
606.   Disciplinary Segregation
607.   Protective Custody
608.   Special Needs
609.   Medical Housing

VII. **Services**
701.   Maintenance
702.   Laundry
703.   Haircuts
704.   Commissary
705.   Mail
706.   Visits
707.   Voting
708.   Marriage Guidelines
709.   Law Library
710.   Prison Advisory Board
711.   Grievance Procedure
712.   GTL Tablets

VIII. **Programs**
801.   Recreation
802.   Volunteer Services Programming
803.   Religion
804.   Educational Programming
805.   Treatment/ Rehabilitative Programming
806.   Outside Programs
807.   Veterans Affairs
808.   Institutional Employment

IX.  **Parole Information**
901.   County Parole
902.   State Parole
903.   State Transfer

X.   **Health Services**
1001.  Medical Services—PrimeCare Inc.
1002.  Medication
1003.  Dental Treatment
1004.  Mental Health
1005.  Medications for Drug/Alcohol Treatment
1006.  In-Patient Hospitalization
1007.  Emergencies
1008.  Medical Grievances

XI.  **Inmate Financial Responsibility**
1101.  Program Guidelines
1102.  Billing Procedures
1103.  Medical Services
1104.  Room and Board

## SECTION I: INTRODUCTION

You have been committed to the County of Northampton, Department of Corrections in accordance with the laws of the Commonwealth of Pennsylvania. This handbook is furnished as a guide that outlines the rules, regulations, policies, and procedures with which you must comply during your incarceration. Should you have any questions regarding the contents of this book, you should ask your housing unit officer or case manager for assistance. The provisions of this handbook are subject to change based on actions initiated by the Administration. Notice regarding such changes will be posted within the housing units and incorporated in future revisions of the handbook.

You should maintain this handbook so that it may be used as a reference. In this book, it is virtually impossible to cover every situation that may occur. The Administration may initiate or revise rules, regulations, policies, and procedures necessary to preserve the security and orderly running of the County of Northampton Department of Corrections.

**Suspension:**
During an emergency or extended disruption of normal facility operation, the Director or his/her designee may suspend any provision or section of this policy for a specific period of time.

**Pursuant to the Wiretapping and Electronic Surveillance Act, 18 Pa.C.S. Subsection 5704,**

**PLEASE BE ADVISED that during your incarceration at the Northampton County Department of Corrections you may be audio or video recorded at any given time. Your oral communications, electronic communications or wire communications may be intercepted, recorded, monitored or divulged.**

## SECTION II: RIGHTS AND RESPONSIBILITIES

### 201 Rights

1. You have the right to be treated respectfully, impartially, and fairly by all personnel.
2. You have the right to be informed of the rules, procedures, and schedules concerning the operation of the institution.
3. You have the right to freedom of religious affiliation and voluntary religious worship within the correctional institution.
4. You have the right to healthcare that includes nutritious meals, proper bedding and clothing, a laundry schedule for cleanliness, as well as, an opportunity to shower regularly, sufficient warmth, proper ventilation, a regular exercise period, toilet articles, and medical and dental treatment.
5. You have the right to correspond and the privilege to visit with family members, friends, and other persons, as long as, there is no threat to security or disruption with the rules and schedules of the correctional institution.

### 202 Responsibilities

- It is your responsibility to treat others, both employees and inmates with respect.
- It is your responsibility to recognize and respect the rights of others.
- It is your responsibility to conduct yourself properly and in a law-abiding manner at all times.
- It is your responsibility to know and abide by the rules, regulations, and schedules of the institution.

### 203 PREA (Prison Rape Elimination Act)

1. While you are detained here, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior regardless of your age, size, race or ethnicity. Regardless of your sexual orientation or gender identity, you have the right to be safe from unwanted sexual advances and acts.

2. This facility shall articulate and adhere to a standard of zero tolerance for incidents of sexual abuse or assault that may occur in this facility. Sexual assault or abuse of detainees by other detainees, staff, volunteer, or contract personnel is prohibited and subject to administrative, disciplinary and criminal sanctions.

3. Detainees shall be encouraged to promptly report acts of harassment of a sexual nature, abuse or signs of abuse observed, and shall not be punished for reporting.

4. Staff receiving reports of sexual abuse shall limit the disclosure of information to individuals with a need to know in order to make decisions concerning the detainee-victim's welfare, and for law enforcement/investigative purposes.

5. Assailants will be disciplined and may be subject to criminal prosecution.

6.    All sexual abuse and/or assault, all sexual contact- including consensual sexual contact- between detainees is strictly prohibited and subject to administrative, disciplinary and criminal sanctions.

7.    Staff sensitivity toward detainees who are victims of sexual abuse and/or assault is critical.  Staff shall take seriously all statements from detainees claiming to be victims of sexual assaults.

8.    Any detainee who alleges that he/she has been sexually assaulted shall be offered immediate protection from the assailant and shall be referred for a medical exam and/or clinical assessment for potential negative symptoms.

9.    If you suspect another detainee is being sexually abused, report it to a staff member.

10.   If you become a victim of a sexual assault, report the incident immediately to any staff member  you trust, to include housing unit officers, shift supervisor, Volunteer Services Coordinator, and medical staff.  Staff members shall keep the reported information confidential and only discuss it with the appropriate officials on a need-to-know basis.

11.   Individuals who sexually abuse or assault detainees can only be disciplined or prosecuted if the abuse is reported.

12.   Trust your instincts.  Be aware of situations that make you feel uncomfortable.  If it does not feel right or safe, leave the situation,or seek assistance.  If you fear for your safety, report your concerns to the staff.  Your safety and the safety of others is the most important concern.  For everyone's safety, all incidents, threats, or assaults must be reported.

## SECTION III: ADMISSION AND ORIENTATION

### 301 Intake Division

After being committed to Northampton County Jail, you will be processed through the Intake Division. This is where the jurisdiction of the police department ends and the responsibility of the Department of Corrections begins. You will be searched, booked, fingerprinted, photographed, and your personal items and clothing will be removed and inventoried. All personal items including clothing will be stored at the jail unless prior arrangements have been made. Receipts will be provided for all items. If you wish to have your property picked up, fill out a property release form that you may obtain from your unit officer. Upon discharge, you will have ninety (90) days to pick up any personal property in the custody of Northampton County jail.  Any property left behind after ninety days will be discarded in accordance with Pennsylvania law.  The normal

minimum stay in the Intake Division, or on Intake Status, will be three (3) days or until medical clearance is given.

Inmate Identification- As a new commitment to our prison, you will be issued a Photo Identification Badge. You will be required to visibly display this ID badge on your jail issued uniform on the pocket. You must have this ID badge prior to you being placed in general population housing. Upon staff request, you are required to show the staff member your ID badge in a respectful manner. Once the ID badge is issued, you are responsible for it. **DO NOT** try to tamper, damage, or lose it. Only a Northampton County Department of Corrections employee is authorized to retain it from you for identification purposes.

If it is determined that you are at fault for misuse or damage of the ID badge you will be subject to disciplinary action and its financial replacement cost of ten dollars ($10). The Photo Identification Badge will be returned to prison staff when you are discharged from our prison and/or you are placed in the Community Corrections program, where a new ID will be issued.

While in intake, there is no program involvement, internal employment, law library, or recreation. During normal operations, inmates will be out of their cells each day at designated times depending on your classification housing. Inmates are expected to make phone calls and shower during designated times out throughout the day. Inmates will be expected to return to their cells for institutional head count, or when instructed to do so by the staff.

Personal contact visits are not permitted unless granted by the Director or designee.

During the booking process you will be asked if you are under the influence of alcohol or drugs. If you have responded "No" to this question, any urine test that proves to be positive for the use of drugs or alcohol will be treated as if the drug was consumed during your incarceration. As a result, you will be subject to disciplinary action. If you have responded "Yes" to this question and are being processed as an immediate work release candidate, a urine test will be taken while you are in the intake area. If the test result is positive, a notice will be provided to the sentencing Judge. If your community corrections eligibility remains intact, you will be housed in the community corrections facility, but not permitted out of the building until retesting indicates that your urine is negative for drug usage.

There are telephones in the Intake Housing Unit for inmate use. Upon booking, you will be issued a telephone identification number (T.I.D.) and instructions for using the Inmate Phone System. While you are being processed in the Intake Area, all inmates will be able to make (3) three toll-free calls. Once you use your free calls, only collect calls are permitted. Detailed dialing and billing instructions are contained in attachments at the end of this handbook. If you experience calling problems, please refer to these directions.

**Telephones are to be used for lawful purposes only. Threats, extortion, etc. may result in prosecution. All inmate telephones are subject to monitoring and recording.**

It is expected that each inmate will handle his/her calls in such a manner that will allow the equal use of the phones by all inmates.

## 302 Time Calculation

The computation of your sentence and the receiving and disbursing of detainers are handled by the Intake Division. If you have any questions about how your sentence was calculated, the length of your sentence, or if there are detainers lodged against you, you should, as a first course of action, ask your housing unit officer. If the officer is unable to answer your questions, you may send a request slip to the Intake Administrator.

In cases of state parole, our Intake Division provides calculations to the state, which in turn, approves or modifies the calculations. If you have concerns about your state parole calculations, you may contact the Intake Division and they will check with the state parole board.

## 303 Classification and Housing

The normal time for medical clearance is three (3) working days. If you are here from another institution, our Medical Division must still approve your medical clearance. After all required items are completed, a member of the Classification Division will interview you and assign your custody level, housing assignment, and placement in the general population or other housing units.

## 304 Suicide Prevention

A suicide prevention plan exists at the Northampton County Department of Corrections in an effort to identify, as early as possible, those at risk of self-harm. The process involves all members of the prison staff. The following observation levels have been established:

### Level 1 Suicide Observation:

The following are some of the regulations required:

    a.  No clothing—security gowns only.
        **Except females will be given underpants during menstrual cycle.
    b.  Mattress only—no other bedding.
    c.  Visits scheduled with approval of Classification and Medical Divisions.
    d.  No program involvement.
    e.  Supervised shower scheduled daily.
    f.  No commissary.
    g.  Meals carried to cell.
    h.  No personal phone calls. Legal calls are scheduled through Classification Division.
    i.  Laceless shoes will be issued.

### Level 2 Suicide Observation:

The following are some of the regulations required:

    a.  Jail uniform permitted.
    b.  Mattress, pillow, and blanket only.

**Female inmates permitted underpants during menstrual cycle.

c. One supervised fifteen (15) minute telephone call three (3) days per week during lock-down hours. Phones calls must be approved by the Medical Division and the Classification Division.
**Excludes disciplinary segregation.
d. Visits as per custody assignment after approval from the Classification Division.
e. Commissary is not permitted.
f. Showers scheduled daily.
g. Meals carried to cell.
h. Laceless institutional shoes are to be issued.

**Only the department's medical doctor or designee can remove you from suicide observation once you have been placed on it. The psychiatric doctor will see you twice each week.**

## 305 Public Defender

Forms for applying for a public defender must be completed by all inmates and will be made available to you during your classification interview. A public defender will only be assigned to those persons who do not possess sufficient assets to hire a private attorney. A determination of whether a person qualifies for a public defender will be made by the public defender's office and **NOT** by the Department of Corrections. You may also ask your housing unit officer for a public defender form and one will be provided for you.

All phone calls made to a member of the Public Defender's staff from an inmate phone are free. If the call is not free, please inform your housing unit officer. If you wish to contact private counsel of your choosing, you may do so via the mail or by telephone during one of your out-of-cell periods. Phone calls to paid lawyers are not permitted on staff phones and are not free if made from an inmate phone.

## 306 Bail Procedures

Northampton County Pretrial Services administers the Court's bail system and supervises defendants prior to disposition of their criminal charges. Pretrial Services interviews all newly committed and unsentenced inmates during the normal work week, i.e. Monday-Friday.

**Posting Bail during Normal Business Hours:** Pretrial Services does not accept bail payments. Bail may be posted at the office of the Clerk of Criminal Courts, which is located in the Northampton County Courthouse between the hours of 8:30AM and 4:00PM on normal business days. After 4 P.M., bail is accepted at the main jail or with the Magisterial District Judge on duty. Release on bail may require the full amount to be posted in cash, bank check, cashier check, certified check, or money order. When a Judge has permitted bail at ten percent (10%) of the amount set, it may be posted in cash, certified check, or money order most of which is refundable after full and final disposition of the case.

**Surety Bail:** (bail paid through a bail bond company) may be purchased through a bail bond company authorized to do business in Northampton County and licensed by the Insurance Department of PA. State Law prohibits officers and employees of Northampton County Jail from recommending or referring you to a bail bond company. Bail bond companies/agencies can be found in the Yellow Pages or on the Internet. Premiums paid to a surety agent (Bail Bond Company) are **NOT** refundable and terms vary based on the agent selected.

**Posting Bail after Normal Business Hours at the Jail:** After normal business hours and on weekends, bail may be posted in accordance to the terms set by Pretrial Services or by the Magisterial District Judge at the jail by asking for the official in charge at the Main Gate (the entrance facing Walnut Street), Only cash, money orders, certified checks or surety bail is accepted at the jail. Once released on bail from the jail, you are required to report to Pretrial Services. You will receive official notification and instructions in writing as to when to report to Pretrial Services from the officer in charge. Failure to report will result in your bail being revoked, a bench warrant being issued, and forfeiture of the bail posted.

The address and phone number of Pretrial Services is as follows:

> **Northampton County Pretrial Services**
> **Criminal Administration Building**
> **105 S. Union St.**
> **Easton, PA 18042**
> **Telephone Number: (610) 559-6830**

If at any time, you need to see a representative from Pretrial Services, you must submit a request slip. Northampton County Jail does not control if and when a Pretrial Services officer will see you.

**Bench Warrant:** If you have been arrested and committed to Northampton County Jail on a bench warrant, there is no bail set until you have a bench warrant hearing. Bench warrant hearings are held during the normal work week and are conducted by members of the Pretrial Service Staff.


## 307 Out of the County Transfers

Northampton County Department of Corrections houses inmates from other counties. When you are committed to the Northampton County Department of Corrections through any other county system, decisions regarding parole, work release, furloughs, or emergency leave are to be made by that county. The Northampton County Department of Corrections has no jurisdiction with the calculation of sentences for inmates who are not sentenced by a Northampton County Judge.

## 308 Inmate Accounts

Financial accounts are kept for each inmate of the Northampton County Department of Corrections. Although you are not permitted to possess money, a computer account will allow family members to send you money, so you may purchase commissary items if you wish. Additionally, any money earned through an institutional job will be placed onto your account.

**Receiving Funds:** Any money that you had on your person when you were admitted will automatically be added to your account, a money order can be sent to the following address:

> **Your Name and Permanent ID Number**
> **Northampton County Department of Corrections**
> **P.O. Box 247**
> **Phoenix  MD 21131**

**Money orders will be accepted only by mail.** All other forms of currency will be returned to the sender. The money order must be made payable to "**Northampton County IPP**" and must have your name and permanent ID number on it. If that information is not on the money order, it will be returned. Money orders must be sent through the mail and may **NOT** be dropped off at the jail. The Department of Corrections will not assume responsibility for monies sent through the mail. Inmates are encouraged to keep all receipts that pertain to their accounts. Your money will be credited to your account the following "business" day upon receipt from the third party mail vendor, except Government, Employment or Institutional Checks from other facilities.

Funds can also be deposited in the Kiosk located in the Prison lobby.  Money may also be deposited by designated phone number and or website:  www.connectnetwork.com.

The most that can be held in any account is $1,000.00. If an inmate wishes to have more than that in their account, a request must be made to the warden, or his/her designee, explaining the reasons for the exception. If more than $1,000.00 is received at one time the inmate may choose to have the money sent out of the institution, or to have the money returned to sender.

All inmates should understand that according to County Council Resolution Number 61-95, the County of Northampton garnishes one-half of all monies received for sentenced inmates, as well as, those unsentenced inmates who still owe the County money from prior incarcerations.

**Distribution of Funds:** Inmates will only be permitted to send money home for the support of their family. A family member must submit a notarized affidavit confirming the relationship to the Inmates Account Officer. The affidavit can be mailed to the following address:

> **Inmate Accountant II**
> **Northampton County Dept. of Corrections**
> **666 Walnut St.**
> **Easton, PA 18042**

Only one family member may be named as the recipient of these funds, and this designation is permanent. After establishing the designated recipient, inmates shall submit a request slip to the Inmate Accountant II for processing of a check to that designated individual only. Along with the request slip, the inmate shall submit an addressed envelope to his/her approved family member for

each request. The request slip must include the inmate's permanent ID number and signature. These requests will be processed on each Wednesday.

Upon discharge, if the request slip has not been processed, the balance on your account will be applied to any remaining negative balance on your room and board first, with the remainder to distribution as per requested.

## SECTION IV: GENERAL RULES

### 401 General Rules

1. Tampering with, removal of, damage to, destruction of, blocking of, or in any way making any lock, door locking devise, allied equipment, or any fire/safety equipment inoperable is prohibited.
2. Illness is to be reported to the housing unit officer, shift supervisor, or staff member in charge of your designated area. There are regular schedules for routine visits to the Medical Division. Emergency situations will be handled immediately.
3. Any sexual behavior involving another person whether voluntary or involuntary is prohibited. Any such conduct will be treated as a misconduct and/or violation of law.
4. Cutting or grooming of another inmate's hair is not permitted. State law requires that only licensed barbers or beauticians are authorized to give all haircuts.
5. Inmates may not congregate or hold any group meetings without proper approval of the staff. Facilities and locations, as available, will be scheduled for authorized gatherings. Inmates may not form organizations without the approval of the Director of Corrections.
6. Possession or circulation of petitions is prohibited.
7. Practicing of Martial Arts such as Judo, Karate, or other forms of martial arts of self-defense and drilling or marching are not permitted.
8. Officers, shift supervisors, and other members of the institution's staff will at various times give you orders. When you receive an order you must promptly and properly do as you are instructed. You must immediately give your name and institutional number to any employee when you are requested to do so.
   a. If you have received conflicting orders from different staff members you must:
      i. If possible, advise the person giving you the last order of the conflicting orders you have received.
      ii. Always obey the last order given.
      iii. If you feel the order is unjust, you must obey the order when it is given, and later you may make a formal or informal complaint to a higher ranking official at a later time.
9. You may not leave an assigned area without prior knowledge and permission from an employee.
10. Addressing staff personnel: Inmates should approach staff personnel with respect and courtesy. Staff personnel should be addressed by their title (Director, Warden, Captain, etc.); by "Mister" and their last name, if known; or by "Sir" if their correct title or last name is unknown. For women, the appropriate Mrs., Ms., Miss, or Ma'am should be used.

11. Official Notices: You are responsible for keeping yourself informed of all current and new institutional rules, regulations, and notices that are given to you or posted on the housing unit bulletin boards. All notices and signs prepared by officials in the institution are considered regulations and must be strictly followed.

12. Grooming: Adequate and suitable clothing will be issued to you upon your arrival. The clothing is county property and must not be altered or mutilated in any way. You may not sell or trade clothing issued to you. All clothing must be worn as directed. Any unauthorized clothing found in your possession will be confiscated.

    a. Hair, beards and mustaches will be trimmed as often as necessary to maintain safety and hygiene standards and to meet the requirements of institutional work. On some workstations the inmate will be required to wear appropriate clothing such as caps or hairnets.

    b. No altering appearances.  Body piercings, hair weaves, or extensions are NOT permitted. No new tattoos or hair dying is allowed. Nails are not to be longer than 1/8" and may not be fake.

    c. Adequate shower facilities and clothing are provided for you and you are expected to make every effort to be neatly dressed and conscious of your personal hygiene at all times. If personal cleanliness becomes a problem (failure on your part to keep clean), you will be notified by staff members and you are required to correct the situation.

13. Your Identification badge is to be attached to your uniform at all times. Community Corrections identification cards must be carried on your person at all times. Identification Badge may not be removed or altered at any time for any reason. Damaging, altering, or removing your Identification Badge will result in formal misconduct being issued.

    a. Your I.D. must be presented to any employee upon request and will be required for access to certain areas. Lost, altered, damaged, or destroyed I.D. badge must be replaced immediately. The replacement cost will be billed to your account. A mutilated I.D. badge will be considered destroyed.

## 402 Housing Unit Rules

1. Every inmate is assigned to a specific cell. **YOU MAY ONLY ENTER YOUR OWN CELL.** Under no circumstances are you ever permitted to enter another inmate's cell unless officially assigned to the same cell. Visits with other inmates must occur only in the dayroom.

2. You must use the shower area on the floor where you live. If you live on the first floor, you will only be permitted on second floor for an approved purpose, such as to see a counselor or for an approved visit. You may not loiter on any staircase.

3. You are not permitted to approach jail administrators or outside professionals who visit the housing unit without permission of the housing unit officer. Failure to do so will result in progressive discipline.

4. You may leave the unit only after the housing unit officer has recorded and approved your movement. When it is necessary for you to leave your housing unit, you will be given directions by the housing unit officer. You are required to present your I.D. or give your name to any staff member requesting to see it. You may be frisked or strip-searched when

leaving and entering your housing unit. You must report directly to the housing unit officer upon your return to the housing unit.

    a. When leaving or returning to your housing unit, you are to keep to the right side of the corridors and travel in a quiet and orderly manner. You must travel the most direct route to your destination. When in a group, you are to walk in single file.

    b. The operation of cell doors varies from unit to unit. Follow the directions given to you by your housing unit officer.

5. Beds must be made and your cell must be clean and orderly each day by a prescribed hour. Photographic examples of cell standards can be found on your housing unit. Failure to maintain cells standards will result in progressive discipline.

6. Blankets are provided for your sleeping comfort and must be stored on your bed and not used for any other purposes. Towels are provided for bathing and must not be used for any other purposes.

7. Loud talking, whistling, singing or any other form of boisterous behavior is not permitted in the housing area.

8. Passing of items between cells is prohibited.

9. Alterations to your cell or living area are not permitted.

10. Except as expressly authorized, nothing is to be affixed to the bars, vents, windows, or cell doors. Specific areas within each cell or living area may be used for pictures as prescribed by the institution.

11. You are responsible for the contents of your cell or living area and you will be held responsible for any contraband (unauthorized items) found on your person, among your belonging, or in said area. If you share housing with others, any contraband found in common areas will be considered in your possession whether it belongs to you or not. Therefore, you should inspect your cell or living area prior to leaving or immediately upon entering to make sure that you have complied with all housing area regulations and that no contraband is present. If you find any contraband items, you should immediately bring the matter to the attention of the corrections officer in your area.

12. You are responsible for the cleanliness of your cell or living area and you must keep the toilet, washbasin, mattresses and all other fixtures neat and clean at all times. Due to the increase of suspected Methicillin-Resistant Staphylococcus Aureus (MRSA) cases among inmates in prisons across the country, a mandatory cleaning schedule has been adopted on every housing unit. Your housing unit officer will instruct you when this mandatory cleaning is scheduled and will provide you with an appropriate cleaning solution to clean your cell and mattress. You will be required to remain in your cell until it has been cleaned and inspected. Failure to comply will result in progressive discipline and loss of privileges. Needed repairs to cell fixtures or equipment shall be reported to the housing unit officers.

    a. See MRSA fact sheet on Page 15.

    b. You are responsible for the condition of your mattress. When you are assigned to a housing unit, you are responsible for inspecting the mattress and identifying any damage to your mattress to the housing unit officer. Any damage(s) not reported will be assessed to you and you will be charged for a new mattress.

13. Inmates must be completely dressed when out of their cells or living area except if expressly authorized otherwise.

14. A specific amount of consumable commissary is permitted in each cell or living area. Excessive amounts are considered contraband. All consumables must be tightly sealed to avoid the attraction of insects and rodents.

15. When the signal is given for head count, you must immediately return to your cell and stand by your bunk where you are clearly visible to the officer taking the count. If it is necessary to take a recount, you must go through the same process again. The light must be on in your cell for the evening count and you must remain silent for all counts. When count is completed, you will be notified.

16. Earphones must be used with personal radios at all times. Televisions, where permitted, must be set at a level that is audible in your cell or living area only. They may not be carried from place to place while playing.

17. Televisions provided in common areas are equipped with transmitters that allow the use of personal radios and earphones for listening. Personal radios are available for purchase through the commissary.

18. You may talk in low tones with the person in your cell or in adjacent bunk. No talking is permitted after lights out.

19. Throwing trash on the cell floor from "G" housing unit to the "H" housing unit floor, in the toilet, or out of windows is prohibited. Trash must be disposed in waste cans or containers provided for that purpose.

20. Sheets, pillowcases, and blankets will be exchanged on the specific day scheduled for your housing area. Every inmate is required to exchange his/her linens in accordance with the posted schedule. Failure to do so will result in progressive discipline and loss of privileges.

21. Personal property is your responsibility. The institution will not be responsible for articles lost or stolen.

22. To preclude theft of your personal property such as TV's and radios, it is required that you have the items marked with your permanent ID number. The marking of property is available through the property officer.

23. No pets of any kind are permitted.

24. Fire drills are conducted on a regular basis. Upon notification that a drill is taking place, you are to exit the housing unit in a quiet, orderly manner as directed by personnel.

25. Showering facilities are available on all housing units. All inmates assigned to the unit are responsible to keep these areas clean and sanitary. Daily cleaning of the showers and toilet areas is the responsibility of all the inmates on the unit. Cleaning supplies are readily available will be supplied by the unit officer and stocked by the clothing room officer. Correctional officers assigned to the unit will do daily inspections of these areas. Areas that fail inspections will be required to complete another thorough cleaning and will be inspected again until the area is satisfactory.

| **CDC** | Department of Health and Human Services<br>Centers for Disease Control and Prevention |
|---|---|

**Inmate Fact Sheet: Methicillin-Resistant Staphylococcus Aureus (MRSA)**

**What is MRSA?**

*Staphylococcus aureus,* often referred to as "staph", is a common type of bacteria that is found on the skin and in the nose of healthy persons. Staph bacteria may cause minor skin infections such as boils or more serious infections such as pneumonia and blood poisoning. Certain staph bacteria that have become resistant to first-line antibiotics are called MRSA. MRSA infections are more difficult to treat, but usually respond to antibiotic therapy. MRSA is NOT the "flesh-eating" bacteria.

**How is MRSA spread from person to person?**

MRSA is usually spread through direct physical contact with an infected person, but may also be transmitted through contact with contaminated objects or surfaces. MRSA is not spread by coughing unless the infected person has pneumonia.

**How can I prevent becoming infected with MRSA?**

- Wash your hands thoroughly with soap and water throughout the day; particularly every time you use the toilet and before each meal.
- Never touch another person's wounds, infected skin, or dirty bandages.
- Maintain excellent personal hygiene through regular showers and by keeping your living space clean, including the regular laundering of your bed linens.
- Don't ever share personal hygiene items with others, including toiletries and towels.
- Clean off recreational equipment such as weight benches before direct contact with your body or use a clean barrier such as a towel or shirt between your bare skin and exercise equipment.
- Shower after participating in close-contact recreational activities whenever possible.
- Don't ever get a tattoo while in prison, use injection drugs, or have sexual contact with other inmates.

**How does a person know that he or she has a MRSA infection?**

Swabbing or aspirating pus from a skin infection is the most common way to detect MRSA.

**Can MRSA be treated?**

Strong antibiotics are usually effective in treating MRSA. Serious or highly resistant MRSA infections may require intravenous (IV) antibiotics in the hospital. Always seek medical attention if you develop a boil, red or inflamed skin, or a sore that does not go away that may look like an insect or spider bite.

## 403 Law

As you are aware, all laws of the Commonwealth of Pennsylvania are just as applicable to life within a prison as they are to life on the streets and criminal prosecutions can be brought against you if you choose to violate any criminal statute. For your information, there are additional criminal statutes that directly relate to your conduct because of the fact of your conviction or incarceration. They include:

1. Escape (18 PA C.S. Section 5121) is unlawful removal of yourself from official detention or the failure to official detention following an authorized temporary leave. It is punishable by a sentence of up to seven (7) years if you are detained on a charge constituting a felony or if you have been convicted of a crime.

2. Weapons or Implements of Escape (18 PA C.S. Section 5122): An inmate who unlawfully procures, makes or otherwise provides himself with, or unlawfully has in his possession or under his control, an weapon, tool, implement or other thing which may be used for escape commits a misdemeanor of the first degree, punishable by up to five (5) years.

3. Possession of a Controlled Substance by an Inmate (18 PA C.S. Section 5123): Any inmate who unlawfully has in his possession or under his control any controlled substance in violation of 13 (a) (16) of The Controlled Substance, Drug, Device, and Cosmetic Act commits a felony of the second degree punishable by up to ten (10) years.

4. Money (18 PA C.S. Section 5123): A person commits a misdemeanor of the third degree if he gives or furnishes money to any inmate confined in a state or county correctional institution, provided notice of this prohibition is adequately posted at the institution. A person may, however, deposit money with the superintendent, warden, or other authorized individual in charge of a state or county correctional institution for the benefit and use of an inmate confined therein, which shall be credited to the inmate's account.

5. Contraband other than a Controlled Substance (18 PA C.S. Section 5123): A person commits a misdemeanor of the first degree if he sells, gives or furnishes to any convict in a prison, or inmate in a mental hospital…or puts in any place where it may be secured by a convict of a prison, inmate in a mental hospital, or employee thereof, any kind of spirituous or fermented liquor medicine, or poison.

6. Pornography (18 PA C.S. Section 5903): To possess any obscene material while such person is an inmate in any State correctional institution, county prison, regional prison facility or any other type of correctional facility is a misdemeanor of the first degree, punishable by up to five (5) years.

7. Possession of Telecommunication Device (18 PA C.S. Section 5123): An inmate in a correctional institution, prison, jail, detention facility, or mental hospital commits a misdemeanor of the first degree if he/she has in his possession any telecommunication device without the written permission of the superintendent, warden, or otherwise authorized individual in charge of a correctional institution, prison, jail, detention facility, or mental hospital. A telecommunication device shall include, but not be limited to, cellular phones, digital phones, and modern equipment devices.

8. Assault by Prisoner (18 PA C.S. Section 2703): Assault is the intentional commission of an assault upon another with a deadly weapon or instrument or by means of force likely to

produce serious bodily injury. A person is guilty of this offense if he/she intentionally or knowingly causes another to come into contact with blood, seminal fluid, saliva, urine, or feces by throwing, spitting, tossing, or expelling such fluid or material at the time of the offense the person knew, has reason to know, should have known, or believed such fluid or material to have been obtained from an individual, including the person charged under this section infected by a communicable disease. This offense is punishable by a sentence of up to ten (10) years.

9. Aggravated Harassment by Prisoner (18 PA C.S. Section 2703): A person who is confined or committed to any local or county detention facility, jail, or prison…commits a felony of the third degree if he/she while confined or committed, or while undergoing transportation to or from to or from such an institution or facility in or to which he/she was confined or committed, intentionally causes or attempts to cause another to come into contact with blood, seminal fluid, saliva, urine, or feces by throwing, tossing, spitting, or expelling such fluid or material.

10. Assault by Life Prisoner (18 PA C.S. Section 2704):The commission of an aggravated assault with a deadly weapon or instrument upon another or by means of force likely to produce serious bodily injury by a person who has been sentenced to death or life imprisonment and that sentence has not been commuted. The punishment is to be the same as for that of murder in the second degree.

11. Bribery in Official or Political Matters (18 PS C.S. Section 4701): Offering, conferring, or agreeing to confer upon another any pecuniary benefit as consideration for a decision by a public servant for a violation of known legal duty of a public servant. This offense is a felony of the third degree, punishable by a sentence of up to seven (7) years.

12. Threats and Other Improper in Official and Political Matters (18 PS C.S. Section 4702): Threatening unlawful harm upon any person with the intent to influence his decision as public servant or to influence him to violate his known legal duty. This offense is punishable by a sentence of up to two years unless the threat was to commit a crime in which case it is punishable by a sentence of up to seven (7) years.

13. Riots (18 PS C.S. Section 5501): The participation with two (2) or more individuals in course of disorderly conduct with the intent to (a) commit or facilitate commission of a felony or misdemeanor or (b) prevent or coerce official action or (c) when you or anyone who is participating to your knowledge uses or intends to use a firearm or any other deadly weapon. This offense is a felony of the third degree, punishable by a sentence up to (7) years.

14. Kidnapping (18 PS C.S. Section 2901): Either the removal of another a substantial distance from the place where he was found or the unlawful confinement of another for a substantial period in a place of isolation with the intent to (a) hold for ransom, as a shield or hostage, (b) to facilitate the commission of a felony or flight thereafter, or (c) inflict bodily injury or terrorize the victim or another, or (d) to interfere with the performance by public officials of any government or political function. This offense is a felony of the first degree, punishable by a sentence of up to twenty (20) years.

15. Arson (18 PA C.S. Section 2901): The intentional starting of fire or the causing of an explosion (a) thereby recklessly placing another person in danger of death or bodily injury, or (b) with the intent of destroying a building or occupied structure of another. Recklessly

placing another in danger of death or bodily injury is arson is punishable by a sentence of up to twenty years. Arson with intent of destroying a building or occupied structure is a felony of the second degree, punishable by a sentence of up to ten (10) years.

16. Criminal Mischief (18 PA C.S. Section 3304): The damage of tangible property of another intentionally, recklessly, or by negligence in the employment of fire, explosives, or other dangerous means. If the actor intentionally causes pecuniary loss in excess of $5,000.00 or a substantial interruption of public service, it is punishable by up to seven (7) years. If the pecuniary loss is intentionally caused and the value is less than $5,000.00 but more than $1,000.00, it is punishable by a sentence of up to two (2) years. If the pecuniary loss is intentionally or recklessly caused and the value is less than $1,000.00 but more than $500.00, it is punishable by a sentence of up to one (1) year. If the pecuniary loss is less than $500.00 or if it is negligently caused, it is punishable by a sentence of up to ninety (90) days.

17. Involuntary Deviate Sexual Intercourse (18 PA C.S. Section 3123): This includes deviate sexual intercourse with another; by forcible compulsion, upon an individual who is unconscious, threat of forcible compulsion, is punishable by a sentence of up to twenty (20) years.

18. Threat to use weapons of mass destruction (18 PA C.S. Section 2715): reports without factual basis of knowledge the existence or potential existence of a weapon of mass destruction; or threats by any means the placement of setting of a weapon of mass destruction; commits an offense under this section. A separate offense shall occur for each report of threat to place or set a weapon of mass destruction. Punishable by felony of the third degree or felony of the second degree if the offense occurs during a declared state of emergency and the report or threat causes disruption to the operations of any person, business entity or government agency where the weapon of mass destruction is reported to exist or threatened to be placed or set.

19. Weapons of Mass Destruction  (18 PA C.S. Section 2716):  unlawful possession or manufacture- a person commits an offense if the person, without lawful authority to do so, intentionally, knowingly, or recklessly possesses or manufactures a weapon of mass destruction. A first offense constitutes felony of the second degree. A subsequent offense constitutes a felony of the first degree. Under subsection (b)(1) constitutes a felony of the first degree.  If the offense results in the death of an individual, the defendant shall be sentenced to life imprisonment.

If any act constituting a crime is committed against you by anyone, you may elect to press charges against that individual(s). If such an act occurs, it is your duty to notify the staff of the institution so that they may take whatever action they deem appropriate.

Also be advised that any act constituting a crime may be handled as a misconduct within the institution. Disciplinary may be taken in addition to criminal prosecution.

**404 Disturbance Procedures**
In the event of any emergency or disturbance, the correctional staff of this facility will issue direct orders to all inmates as to the proper procedures to be followed in regard to specific situations. If

you do not comply with direct orders you will be considered an active participant and will be treated accordingly.

## 405 Security Concerns

This administration's primary concerns are security, inmate and staff safety, and then orderly operation of daily routines. When the security of the institution is in question, any and all programs, services or activities may be delayed or suspended. No inmate will in any manner impede, obstruct or handicap an employee in the performance of his/her duties; nor engage singularly or in concert with others in action or conspiracy to escape, riot, or disrupt the normal institutional routine; nor detain or hold as hostage any other person.

## 406 Lockdown/Headcount

Lockdown/Headcounts are required as a routine security action. When such counts are made, every inmate will stop what they are doing and _immediately_ return to his/her own cell.

## 407 Request Slips

The request slip system is a formal, organized method of obtaining access to help, information, and services within this institution. Request slips may be obtained from any officer and should be returned to your specific housing unit officer. You must be specific when filling out your request slip and if asking to see a staff member, indicate the purpose of your request. If the housing unit officer cannot answer your question, it will be forwarded to the correct administrative staff member. **Only one** (1) request slip should be submitted for any particular question or concern. You are encouraged to read the inmate handbook prior to submitting a request slip as most questions can be answered from reading it.

## 408 Personal Hygiene

It is important that you keep yourself neat and clean. Most inmates will be given an opportunity to take a timely shower once a day. Hair and fingernails are expected to be clean and maintained. Fingernails longer than 1/8" are prohibited. Artificial fingernails of any kind are prohibited and shall be removed upon commitment. Sharing of personal hygiene items with others, including toiletries, towels, etc. is prohibited.

## 409 Condition of Cells

Cleanliness of individual cells is essential for obvious sanitary reasons. Cell inspections will be conducted on a daily basis. The following are the institutional policies regarding cell standards:
1. **Pornography** is not permitted within this institution.
2. Nothing is to be attached to any wall except where your housing unit permits the location of family photos.
3. Clotheslines are not permitted. Privacy shields or any other items that interfere in any way with the observation of the cell's interior or its occupants are not allowed.
4. **All** beds are to be made by 8:00A.M. as per standard photo posted in each housing unit.
5. Towels, blankets, and sheets are to be used for their intended purpose only. Any misuse of these items will result in confiscation of said items.
6. Cardboard or other flammable materials are not permitted and will be removed.

7. All personal items must be kept in the provided property bag or on your shelf. Any items not kept inside your property bag or on your shelf will be considered excessive and will be confiscated.
8. Recycle bins are located on each housing unit and should be used accordingly.
9. Due to the increase of suspected Methicillin-Resistant Staphylococcus Aureus (MRSA) cases among inmates in prisons across the country, a mandatory cleaning schedule has been adopted on every housing unit.
10. Your housing unit officer will instruct you when this mandatory cleaning is scheduled and will provide you with an appropriate cleaning solution to clean your cell and mattress.
11. You will be required to remain in your cell until it has been cleaned and inspected.
12. Failure to comply will result in progressive discipline and loss of privileges.

## 410 Bedding
Upon entering the Intake Unit you will be issued:
- 2 sheets
- 1 blanket
- 2 towels

You are responsible for the cleanliness as well as the condition of these items. Sheets, pillowcases and blankets will be exchanged on the specific day scheduled for your housing area. Every inmate is required to exchange his/her sheets, one-for-one, in accordance with the posted schedule on your housing unit. Your mattress is to be sanitized by you during this exchange of linen. Failure to do so will result in progressive discipline and loss of privileges.

Blankets will be exchanged monthly.

At discharge you will be required to return all issued items, moneys will be deducted from your account for any items not returned.

## 411 Clothing
The entire inmate population with the exception of Community Corrections is issued institutional clothing. You will be permitted to retain only one set of street clothes in our clothing room for court or your discharge. Inmates will not be permitted to receive articles from outside the institution. Inmates may purchase approved clothing through the prison commissary. Approved clothing and gray sweat clothes may be worn under the prison-issued jump suit. Any personal property left with the clothing/property room after you are discharged will be kept for a period of thirty (30) days. Any personal property of an inmate transferred to a Pennsylvania State Corrections Facility (SCI) will be kept for a period of ninety (90) days. After the appropriate expiration date the personal property will be disposed of.

Below is the maximum number of items allowed per inmate. Any excess items will be confiscated as contraband and disciplinary action will be taken.
- 2 prison issued uniforms
- 2 sweatshirts and sweatpants

**gray only, no pockets
- 7 bras with no underwire (females)
- 7 undershorts(male)/ 7 panties (females)
- 7 undershirts
- 7 pairs of gym shorts
- 7 towels

When appearing before a District Magisterial Judge for a preliminary hearing, other legal or civil matter, you will be required to appear in a jail uniform designating your jail custody level.

When appearing before the Court of Common Pleas for the purpose of a criminal trial, you will be permitted to wear appropriate civilian attire. For all other Court of Common Pleas appearances, you will be required to wear a jail uniform designating your jail custody level.

## 412 Tobacco Products

Tobacco products are strictly prohibited! Any tobacco, tobacco like products, or paraphernalia (i.e. matches/lighters) is considered contraband and will be confiscated. Any inmate found in possession of these materials, will be issued a formal misconduct, and appropriate disciplinary action will be taken.

## 413 Destruction or Alteration of County Property

The destruction or alteration of county property or of purchased clothing will not be tolerated. Anyone responsible for such an act(s) will be issued a misconduct and will be held financially and/or criminally responsible. This payment is in addition to any disciplinary or criminal charges lodged against you. All property issued to you must be returned at the time of your discharge. You will be held financially responsible for any items that are lost, missing or damaged.

## 414 Internal Movement

Every inmate is assigned to a specific housing unit and cell. You are to remain in the housing unit to which you are assigned unless you are given permission to leave. If you are permitted to leave, you will go quietly and directly to your destination and shall return immediately to your housing unit when you are told to do so. Any resident who is found in a location that he/she is not permitted may be issued a misconduct.

You may leave the unit only after the unit officer has recorded and approved your movement. When it is necessary for you to leave your housing unit, you will be given directions by the housing unit officer. You are required to present your I.D. to any staff member requesting to see it. You may be frisked or strip-searched when leaving and entering your housing unit.

When leaving or returning to your housing unit, you are to keep to the right side of the corridors and travel in a quiet and orderly manner. You must travel the most direct route to your destination. When in a group, you are to walk in a single file line.

## 415 Dining Hall Conduct

You will proceed directly to the dining hall when all meals are called. You must travel the most direct route to your destination. When in a group, you are to walk in single file and keep to the right side of the corridors. You will travel in a quiet and orderly manner. Excessive noise will not be tolerated. Once the gate closes you will not be allowed in; and you must return to your housing unit and notify the officer immediately. You must be fully dressed to enter the dining hall and are not permitted to bring in books, paper or other non-food items. When entering the dining hall you are to form a single line in an organized fashion. Cutting in line, skipping the line for a drink, second helpings, horseplay and excessive noise are NOT permitted. Each inmate will receive one tray, fill their drink cup, and proceed to the inmate seating area. Once seated, moving from table to table is not permitted.

The person working on the serving line may not give your ration of any item to another inmate. Conversation with persons working on the serving line is limited to that necessary concerning the authorized food items you request.

No food or drink will be permitted outside of the dining hall. All dining utensils must be turned in prior to exiting the dining area. You may not re-enter the dining area once you have left. Upon leaving the dining area, you must return directly to your housing unit unless instructed by an officer to do otherwise. As with any activity, the rules of internal movement apply.

Inmates housed on direct supervision housing units will be served their meals on the unit. In addition, inmates housed in segregation, medical, or some other specialized form of housing will receive meals on the unit.

## 416 Special Diet

Inmates who require a special diet must produce an approved slip, issued by the Medical Department or the Jail's Volunteer Services Coordinator. This slip must be shown to the kitchen supervisor at each feeding (see special dietary schedule in kitchen). Special meals will only be issued for medical or religious concerns. Personal preference diets will not be honored.

## 417 Inmate Searches and Urine Tests

All inmates are subject to random pat searches and may not refuse such a search when requested. All sentenced inmates and most pre-trial detainees are subject to strip search and refusal to submit to a proper search will result in disciplinary action. In addition, any inmate's cell and personal belongings are subject to search at any time. A reasonable effort will be made to have inmates present during room searches, but it is not required as time and urgency may prevent this.

All inmates are subject to random urine tests, which will be performed regularly. If you refuse to provide a urine sample you will be issued a formal misconduct. If you did not report drug use on the street when you were booked, any positive result will be treated as if it occurred while in our custody.

## 415 Dining Hall Conduct

You will proceed directly to the dining hall when all meals are called. You must travel the most direct route to your destination. When in a group, you are to walk in single file and keep to the right side of the corridors. You will travel in a quiet and orderly manner. Excessive noise will not be tolerated. Once the gate closes you will not be allowed in; and you must return to your housing unit and notify the officer immediately. You must be fully dressed to enter the dining hall and are not permitted to bring in books, paper or other non-food items. When entering the dining hall you are to form a single line in an organized fashion. Cutting in line, skipping the line for a drink, second helpings, horseplay and excessive noise are <u>NOT</u> permitted. Each inmate will receive one tray, fill their drink cup, and proceed to the inmate seating area. Once seated, moving from table to table is not permitted.

The person working on the serving line may not give your ration of any item to another inmate. Conversation with persons working on the serving line is limited to that necessary concerning the authorized food items you request.

No food or drink will be permitted outside of the dining hall. All dining utensils must be turned in prior to exiting the dining area. You may not re-enter the dining area once you have left. Upon leaving the dining area, you must return directly to your housing unit unless instructed by an officer to do otherwise. As with any activity, the rules of internal movement apply.

Inmates housed on direct supervision housing units will be served their meals on the unit. In addition, inmates housed in segregation, medical, or some other specialized form of housing will receive meals on the unit.

## 416 Special Diet

Inmates who require a special diet must produce an approved slip, issued by the Medical Department or the Jail's Volunteer Services Coordinator. This slip must be shown to the kitchen supervisor at each feeding (see special dietary schedule in kitchen). Special meals will only be issued for medical or religious concerns. Personal preference diets will not be honored.

## 417 Inmate Searches and Urine Tests

All inmates are subject to random pat searches and may not refuse such a search when requested. All sentenced inmates and most pre-trial detainees are subject to strip search and refusal to submit to a proper search will result in disciplinary action. In addition, any inmate's cell and personal belongings are subject to search at any time. A reasonable effort will be made to have inmates present during room searches, but it is not required as time and urgency may prevent this.

All inmates are subject to random urine tests, which will be performed regularly. If you refuse to provide a urine sample you will be issued a formal misconduct. If you did not report drug use on the street when you were booked, any positive result will be treated as if it occurred while in our custody.

confidential. It is important that you do not share your T.I.D. number with anyone. Each inmate will be held responsible for any illegal or improper conduct that is associated with a particular T.I.D. number. Misconducts may be issued to those who abuse the T.I.D. system or provide their T.I.D. numbers to others.

**Calls to Public Defenders:** Calls to public defenders are generally toll-free calls. If you have been assigned a public defender, by the public defender's office, you may call the public defender during normal out times on your housing unit. The Department of Corrections cannot force a Public Defender to take your calls. If you cannot contact the Public Defender by telephone, please feel free to write.

**Calls to "Paid Attorneys":** Calls to paid attorneys are generally not toll-free. The Department of Corrections has no obligation to give you a free phone call for you to call your attorney and cannot force your attorney to take your calls. If your calls to them go unanswered you must continue to call or write them. If you cannot contact them by telephone, please feel free to write.

**Telephone Restrictions:**
Telephone calls may be terminated without prior notice during an institutional emergency. Telephone calls shall be cancelled for the duration of the institutional emergency.

All calls made on the inmate phone system will announce to the person receiving the call that it is originating from a correctional facility and that the call may be monitored and recorded. Announcements may be made periodically during telephone conversations.

Inmates are prohibited from initiating the following calls:
- To any employee of the Department of Corrections unless requested in writing by the employee;
- To any judge, criminal justice official, prosecutor, or court administrator without his/her prior written approval;
- To any member of the public who requests that their telephone number be blocked;
- To any toll free and emergency numbers (800, 888, 911...);
- To any person by way of three way calling and call forwarding;
- To any local, county, state, or federal correctional facility, or to an inmate housed in such a facility without the prior written approval of officials at both facilities.
- Calls made through multiple long distance carriers.
- To a victim of the crime for which the inmate is incarcerated unless requested in writing by the victim.

**Emergency Phone Calls:**
The use of any phone, other than those designated for inmate use, is strictly prohibited unless otherwise approved by the shift supervisor or administrative staff. Emergency phone calls are calls involving serious family illness, death, or impending circumstances that cannot be deferred until regular mail delivery or regular telephone schedules.

The shift supervisor will verify in advance, all requests involving emergency telephone calls. Emergency calls should be placed by the shift supervisor or designee. Emergency telephone calls placed and completed shall be documented in the institutional shift log.

Anyone requesting an emergency call by making false statements, or under false circumstances, shall be issued a formal misconduct and may have their phone privileges suspended. Telephone numbers that the Department of Corrections has reason to believe are being used to violate administrative policy or regulations will be blocked.

The Northampton County Jail shall not pay, reimburse or be responsible for the placement of inmate emergency calls, unless otherwise approved by the Deputy Warden or designee.

**Payment:**

Inmate Telephone Services

Friends and family members, of an inmate, can set up an AdvancePay Telephone Account for the inmate to place telephone calls.

The AdvancePay Telephone Account is associated to one telephone number that is associated to one specific friend or family member.

The friend or family member can set up an account the following ways:

Online
- www.connectnetwork.com
- Create an account.
- Click on "My Phone Account" to set up an AdvancePay Telephone Account
- Available 24 hours a day, 7 days a week
- Deposits are available within 24 to 48 hours
- Accepts MasterCard, Visa, or Discover credit or debit cards

Kiosk
- Located in the lobby of the Jail, 139 South Union Street, Easton, Pa.
- Deposit funds to a specific telephone number through AdvancePay Telephone Account.
- Accepts cash ($5, $10, $20, $50, $100)
- Accepts MasterCard, Visa, Discover credit or debit cards.
- Deposits are available within 24 to 48 hours
- Keep your receipt in case you experience problems with your deposit.

Telephone
- Call 800-483-8314

- Available 24 hours a day, 7 days a week
- Deposits are available within 24 to 48 hours
- Deposit funds to a specific telephone number through AdvancePay Telephone Account.
- Accepts MasterCard, Visa, or Discover credit or debit cards.
- For some telephone deposits, the caller will need the Facility Site ID (20), inmate first and last name, and date of birth.

*Transaction fees may apply to all deposits

The inmate T.I.D. number issued to an inmate is considered to be his/her personal property. The loaning, borrowing, or theft of that number is prohibited and will result in the issuance of a misconduct.

**Blocked Calls:**
The Department of Corrections only blocks the phone numbers of community members who have requested that their numbers be restricted. DO NOT have family members contact us if their phone is blocked unless they have requested it be blocked on a prior occasion. We cannot remove a block placed by a local or long distance carrier.

**Electronic Surveillance:**
Pursuant to the Wiretapping and Electronic Surveillance Act, 18 Pa.C.S. Subsection 570 (1), all inmate telephone calls are subject to interception, recording, monitoring, and disclosure except those placed to or from an attorney representing the inmate.

**Suspension:**
During an emergency or extended disruption of normal facility operation, the Director, or his/her designee may suspend any provision or section of this policy, for a specific period.

## 422 Contraband
You are prohibited from having in your possession, or under your control, any item which was not (a) issued to you by the Department of Corrections; (b) purchased by you in or through the approved inmate commissary procedures; or (c) otherwise authorized for you by the institution.

If you become aware of contraband anywhere within the institution or on the grounds, you must report it immediately to a corrections officer, work supervisor or any other institutional staff member.

Contraband includes but is not limited to:
- Money
- Implements of escape
- Illegal drugs, over- the counter drugs, and prescribed drugs, which the inmate is not authorized to possess.
- Drug paraphernalia

- Intoxicants or materials used for fermentation
- Poisons
- Weapons
- Property of any other person
- Any item which poses a danger to others in the hands of an inmate and for which the inmate provides no legitimate justification for its possession, including any petition or unauthorized writing which is apparently intended for distribution or circulation.
- Tobacco products and paraphernalia (i.e. matches/lighters)
- Cell phones or other telecommunication devices.

## SECTION V: DISCIPLINARY PROCEDURES

### 501 Inmate Disciplinary Procedures

Institutional life shall be governed by standards of behavior designed to promote corrections objectives and to maintain the general welfare of the institutional community. Violations or infractions of the rules contained within this handbook shall result in disciplinary action. A corrections officer or staff member upon request can explain any section that is not clear to you. You are expected to treat all personnel with respect.

Misconducts will be reported to the court to aide in sentencing; will be used to decide eligibility for Community Corrections; and will be reported to county parole for release eligibility. Any inmate sentenced to state parole supervision will have ALL misconducts sent to the state paroling authority.

There are two kinds of disciplinary procedures, informal resolutions and formal misconducts.

### 502 Informal Resolution

Informal resolution is a process that allows prompt and fair dispositions of minor rule violations. Informal resolutions allow you to avoid any formal record of the disciplinary action by admitting to your violation and accepting a sanction agreed upon by yourself, the issuing corrections officer, and the shift supervisor. The inmate involved must agree to the informal resolution. In doing so, you agree to waive your formal due process. If the inmate does not agree to the informal resolution, a formal misconduct will be issued.

The sanction imposed by the issuing staff person will be recorded in writing by completion of an "Informal Resolution Report". The inmate will receive a copy of the report and no appeal is permitted.

One or more sanctions may be imposed for an informal resolution. They include:
- **D-1**    Reprimand or Warning
- **D-2**    Extra Work Assignment (24 hours maximum)

- **D-3** Cell Detention-Up to 72 Hours
  **(Note: Inmates on Cell Detention are Permitted Exercise)**
- **D-4** Loss of Privilege (not to exceed 5 days)
- **D-5** Loss of Pay for Institutional Job Not to Exceed Three (3) Days
- **D-6** Suspension from Institutional Employment Not to Exceed Three    (3) Days of Work
- **D-7** Loss of Institutional Job
- **D-8** Restitution for Damage to County Property
- **D-9** Removal from Outside Programs

## 503 Issuance of Formal Misconduct Report

Once a violation of institutional standards has been detected, a formal misconduct shall be issued. The misconduct report shall be completed within a reasonable period of time after the action has occurred or has been discovered. Every effort should be made to serve the misconduct within twenty-four (24) hours after the incident has occurred, or been discovered, unless unusual circumstances intervene. At this time, you will be required to sign for a copy of the report. It is at this point that you may request up to three (3) witnesses be heard during the hearing portion of the disciplinary process. If the disciplinary hearing chairman feels the witnesses are redundant, not all three have to be called.

If you are issued a formal misconduct you will be removed from your housing assignment and placed in disciplinary segregation until a hearing is held. Your personal property shall be inventoried and a copy of that inventory shall be provided to you for your review. For health reasons, all food items will be thrown away and will **not** be stored if a guilty disposition rendered.

The infractions listed below may be charged against you. Infractions listed containing the letter "A" are considered major infractions. If found guilty of a major misconduct you will be placed in disciplinary segregation (lock-up) for a period of time not less than twenty (20) days and not more than forty five (45) days for any one (1) misconduct charge. You are also subject to any one or more of the following disciplinary actions:

- Payment of any monies owed due to property damage.
- Removal from Community Corrections - you must cycle through one (1), or two (2), re-classification rotation periods of forty-five (45) or ninety (90) days before applying for Community Corrections.

Infractions listed containing a "B" may be considered either major or minor infractions. If you are found guilty of one of these infractions as a major, you will be subject to the penalties listed above. If you are found guilty of one of these infractions as a minor offense, you are subject to any one (1) or more of the following disciplinary actions:

- Any sanction permitted for informal resolution.
- Restitution for property lost or destroyed and for expenses incurred as a result of the misconduct.

- Suspension or removal from institutional employment.
- Disciplinary segregation (lock-up) for a period of time not less than five (5) days and no more than twenty (20) days for any one (1) misconduct charge.
- Suspend lock-up time not to exceed ten (10) days.

Infractions listed containing a "C" are considered minor infractions. If you are found guilty of one of these infractions as a minor offense, you are subject to any one (1) or more of the following disciplinary actions:

- Any sanction permitted for informal resolution.
- Restitution for property lost or destroyed and for expenses incurred as a result of the misconduct.
- Suspension or removal from institutional employment.
- Suspension or removal from outside programming.
- Disciplinary segregation (lock-up) for a period of time not less than five (5) days and no more than twenty (20) days for any one (1) misconduct charge.
- Suspended lock-up time not to exceed ten (10) days.

## 504 Misconduct Charges Reference Codes
**Major Misconducts Charges:**

- **A-1**    Murder, Homicide, and/or Manslaughter
- **A-2**    Rape
- **A-3**    Robbery
- **A-4**    Escape
- **A-5**    Arson
- **A-6**    Aggravated Assault
- **A-7**    Kidnapping, Taking Hostage, or Holding Against Will
- **A-8**    Assault of Staff
- **A-9**    Acts of Aggression toward Staff
- **A-10**    Assault to Commit Sex Acts
- **A-11**    Touching an Officer or Any Physical Contact with Employee
- **A-12**    Threatening an Employee or Other Person with Bodily Harm or Injury
- **A-13**    Simple Assault
- **A-14**    Bribery of an Employee
- **A-15**    Indecent Exposure
- **A-16**    Engaging in Sexual Acts Not Involving Threat or Force
- **A-17**    Intoxication from Drugs, Alcohol, and/or Inhalation of Volatile Substances
- **A-18**    Failure to Submit to Urinalysis Testing
- **A-19**    Tampering with Urinalysis Collection or Testing
- **A-20**    Unauthorized use of a Controlled Substance
- **A-21**    Contraband (Altered from Original Condition or Purpose)

- **A-22**  Possession of Contraband (Security)
- **A-23**  Possession/Use of Tobacco or Tobacco like Products
- **A-24**  Refusing or Failure to Report to Assigned Work or Contracted  Program
- **A-25**  Violating a Condition of a Pre-Release Program/Community Corrections
- **A-26**  Concealing One's Identity
- **A-27**  Participation in Riots, Work Strikes, or Mutinous Disturbance
- **A-28**  Inciting to Riot
- **A-29**  Extortion, Blackmail, Protection, Demanding, or Receiving Money or Anything in Return for Protection Against Others to Avoid Bodily Harm or Under Threat or Informing
- **A-30**  Tattooing, Branding, Self-Mutilation, or Body Piercing
- **A-31**  Gambling, Conducting a Gambling Operation, or Possession of Gambling Paraphernalia
- **A-32**  Operation of an Unauthorized Business
- **A-33**  Violation of Inmate Account Procedures
- **A-34**  Breaking Restriction or Failure to Comply with Sanction Imposed by the Hearing Committee
- **A-35**  Failure to Stand Count or Interference with Count
- **A-36**  Repeated Violations of Minor Misconducts

**Major or Minor Misconduct Charges:**
- **B-1**  Threatening an inmate with Bodily Harm or Injury
- **B-2**  Refusing to Obey an Order
- **B-3**  Theft
- **B-4**  Possession of Contraband (Policy)
- **B-5**  Disruption or Interference with Security or Orderly Running of the Institution
- **B-6**  Disrespect to Staff Member(s), Official Visitor(s), or Prison Volunteer(s)
- **B-7**  Tossing Objects or Spitting
- **B-8**  Presence in an Unauthorized Area
- **B-9**  Unauthorized Use of Telephone
- **B-10**  Unauthorized Use of Mail
- **B-11**  Conspiracy or Attempts to Commit (Any Offense)
- **B-12**  Lying to an Employee
- **B-13**  Engaging in, or Encouraging, Any Group Activity without Prior Approval of the Warden or his/her Designee
- **B-14**  Damage to County Property to Include but Not Limited to Possession of Damaged County Property
- **B-15**  Altering, Damaging, Removing, Losing, or Failing to Display Inmate Identification Badge or Community Corrections Identification Badge
- **B-16**  Unit Rule Violation-Repeated or Flagrant Failure to Obey Housing Unit Rules
- **B-17**  Violation of Any Rule or Regulation Contained in the Inmate Handbook But Not Specifically Listed Herein

**Minor Misconduct Charges:**
- **C-1** Disorderly Conduct
- **C-2** Failure to Comply with an Agreed Upon Informal Resolution or Sanction
- **C-3** Malingering and or Failure to Carry Out Instructions in a Reasonable and Expeditious Manner
- **C-4** Wearing Prison Issue Clothing in an Inappropriate Manner
- **C-5** Use of Obscene Language
- **C-6** Excessive Noise
- **C-7** Possession of Unauthorized Clothing
- **C-8** Obscuring Cell Door, Bed, or Window
- **C-9** Littering
- **C-10** Failure to Maintain Personal Hygiene, or Changing One's Appearance without Permission. To include but not limited to extreme haircut or hair color changes.
- **C-11** Failure to Maintain Sanitary and Orderly Housing Conditions
- **C-12** Misuse of County Property
- **C-13** Violation of a Condition of a Pre-Release Program/Community Corrections
- **C-14** Harassment by Words, Gestures, or Actions Intended to Annoy or Alarm Another Person
- **C-15** Harassment by Communication. Submitting a Request, Complaint, Etc. in Writing or Verbally to More than One Employee Regarding the Same Issue; to the Same Employee, Repeatedly, Regarding the Same Issue; or to Any Employee without Mentioning that Another Employee has Already Answered the Issue When That is the Case.

## 505 Misconduct Hearings

A misconduct hearing will be scheduled no less than twenty-four (24) hours, nor more than six (6) business days after notice of charges is delivered to you unless unusual circumstances exist. The six (6) business period does not include Saturdays, Sundays, and holidays. You have the right to insist on a minimum of twenty-four hours between the time you receive the misconduct and the date of your hearing. You may waive the twenty-four (24) hour waiting period, however. Misconduct hearings will not be held while an inmate is in an assigned suicide observation and that time shall not be counted against the six (6) business day time period.

At the time you are issued your misconduct, you may list your witness(es). You must clearly write the name(s) on the misconduct form; sign your name; and return the misconduct to the issuing officer. A witness or witnesses cannot be added or called at a later time.

An administrative staff member or designee will serve as the misconduct hearing chairman and will be assisted by a corrections officer. The officer's or staff member's version, as written on the misconduct report, will be read. The charged inmate will have the opportunity to agree or disagree with the official version. The charged inmate should submit his/her version (orally or written) at this time.

The misconduct hearing chairman can require the presence of any other staff member or witness. Determination of relevancy and credibility of the witness is unavailable or a security concern makes it unreasonable to produce the witness. Witness who cannot appear may submit a written, signed, and dated statement to the Department of Corrections for its consideration. If you waive the right to a hearing or refuse to attend a hearing, you are deemed to have pleaded guilty to all charges and discipline will be imposed

## 506 Assistance to the Charged Inmate

If a language barrier exists or you have difficulty understanding the contents of the written misconduct, you may request another inmate to assist you as an interpreter during the hearing process. The inmate may not be called as a witness or be a codefendant in the infraction. The misconduct-hearing chairman may request that a staff member with interpretation skills be present to verify and confirm testimony during the hearing. Case law has determined that inmates are not entitled to legal counsel for the misconduct hearing.

## 507 Disposition of Charges

After the hearing of all evidence, a decision of guilty or innocent to the misconduct charge(s) will be made based upon a preponderance of the evidence. Where several charges are listed on the same misconduct report, a finding and disposition will be made on each charge. Sentences may be consecutive or concurrent and a description of the findings and imposed sanction(s). Disciplinary action shall not be imposed for any misconduct charge for which you are found "not guilty". Any disciplinary action imposed is effective immediately and is not held in abeyance pending an appeal.

## 508 Appeals

If you have been found guilty of a misconduct, you may appeal the decision to the Deputy Warden of Community Corrections or designee within five (5) days, not including weekends and/or holidays. The only basis for appeal to the Deputy Warden or designee shall be the claim that:

    a.  The procedures employed were contrary to those outlined in this handbook.
    b.  The punishment is disproportionate to the offense.
    c.  The evidence was insufficient to support the decision.

All appeals shall be written legibly. Only (1) appeal to the Deputy Warden of Community Corrections or designee shall be permitted for each misconduct.

The Deputy Warden or designee will address all issues rose by the inmate and may at his discretion consider any other matter relevant to the issues raised. The Deputy Warden or designee will render his decision after review of the matter and in a timely fashion. The Deputy Warden or designee will then issue a brief written statement to you of the reasons for the decision.

The Deputy Warden or designee has the power to:

    a.  Continue disposition pending further investigation.
    b.  Reject any appeal that does not conform to procedure.
    c.  Uphold the hearing committee decision.
    d.  Uphold the finding of guilt but modify the action of the hearing committee.

e. Find an inmate not guilty of a cited major offense; however, guilty of a related minor offense not noted on the misconduct report.
f. Reduce a major offense to a minor offense.
g. Vacate the decision and return the entire matter back to the hearing chairman for rehearing.
h. Vacate the decision and the charge to permit recharge and rehearing.
i. Dismiss the charge and prohibit recharge.
j. Upon Deputy Warden's review, the charged resident can be given additional time.

## 509 Institutional Recommendation/Reports
A judge, probation officer, or parole agent may request a report of an inmate's institutional behavior. The report will outline the resident's adjustment and program involvement and may include staff recommendations. The content of this report will be based on the evaluation of the Classification Division and/or Hearing Board.

# SECTION VI: INSTITUTIONAL CLASSIFICATION

## 601 Objective Jail Classification
The Northampton County Department of Corrections has adopted Objective Jail Classification as its form of inmate classification. Simply put, classification is a system of sorting, separating, and assessing inmates. The system has three basic custody levels: minimum, medium, and maximum. Your custody is determined using a number of factors including the seriousness of your prior convictions and prior institutional behavior.

You may decrease your custody level based on good behavior and you may also increase your custody level based on poor behavior. As a general rule, inmates are reclassified every forty-five (45) days. With those staying for a lengthy period being reclassified every ninety (90) days.

If you are not satisfied with your custody status you may appeal the Classification Specialist's decision to the Classification Coordinator in writing within five (5) business days of your custody status assignment. He will then review your appeal and give you a written response.

## 602 Minimum Custody
Minimum custody inmate may be permitted to mix with inmates of other custody levels for the purposes of jail programming. All minimum custody inmates may participate in the various counseling programs offered by the Classification Division. Minimum custody inmates may participate in an unlimited amount of religious services and are eligible for participation in our jail educational program. In addition, as a minimum custody inmate you are eligible to receive visits according to the schedule posted on your housing unit.
Minimum custody inmates are permitted to have regular access to the jail commissary. You will be permitted to shower on a daily basis and have access to the inmate phone system. Housing units for this level of custody are equipped with a law library computer. Inmates may contact the unit

officer regarding the availability of the computer. Inquiries for additional legal material may be made by filling out and addressing a request slip to the Law Librarian.

As a minimum custody inmate, you will have the opportunity to hold an institutional job. If you meet the necessary requirements, you may be permitted to participate in the Community Corrections Program.

## 603 Medium Custody

Medium custody inmates may mix with inmates of other custody levels for jail programming purposes. A portion of medium custody inmates will be eligible for programming offered by the Classification Division. As a medium custody inmate you WILL NOT be eligible for Community Corrections. If you have any questions about the level of programming you are permitted, please send a request slip to a Classification Division staff member.

Medium custody inmates are permitted to participate in religious programming and some medium custody inmates are permitted to participate in the jail's educational programming and may be eligible for institutional employment. Medium custody inmates are permitted access to the jail commissary and access to the inmate phone system. As an inmate of this custody level you are eligible to receive visits according to the schedule posted on your housing unit, two (2) hours of recreation daily, and the opportunity to shower on a daily basis. Housing units for this level of custody are equipped with a law library computer. Inmates may contact the unit officer regarding the availability of the computer. Inquiries for additional legal material may be made by filling out and addressing a request slip to the Law Librarian.

## 604 Maximum Custody

Maximum custody inmates will not mix with inmates of other custody levels. For the most part, you will be confined to your cellblock. Maximum custody inmates will only be offered religious services and will **NOT** be eligible for other programming offered by the Classification Division. If you are a young offender and are eligible for educational services, our educational staff will develop a plan to meet your needs.

Maximum custody inmates are eligible to receive visits according to the schedule posted on your housing unit, and will be offered access to the inmate phone system. In addition, inmates in maximum custody will be permitted commissary. They will also be allowed to shower on a daily basis and will be offered two hours of recreation daily. The housing unit for this level of custody is equipped with a law library computer. Inmates may contact the unit officer regarding the availability of the computer. Inquiries for additional legal material may be made by filling out and addressing a request slip to the Law Librarian. Maximum custody inmates will **NOT** be given the opportunity for institutional employment and are **NOT** eligible for Community Corrections unless the sentencing judge orders it.

## 605 Administrative Segregation (Restrictive Housing Unit)

Inmates classified to administrative segregation are separated from the general population at all times. You have been classified to administrative segregation because you have displayed a type of behavior that the administration considers undesirable, you have a history of violence or institutional misconduct, or it is felt that you are a risk to the security of the institution. As an administrative segregation inmate you will be reclassified every forty-five (45) days for the entire time that you remain in segregation. You should be aware that you may remain in segregation for your entire stay.

As an administrative segregation inmate you are entitled to one hour of outdoor recreation five times each week. All meals will take place on the housing unit. You will be permitted a twenty (20) minute shower period daily and the opportunity to purchase commissary appropriate for your housing area. You will be permitted one visit per week according to the schedule posted on your housing unit. You will have access to the law library through the assistance of the law librarian. The housing unit for this level of custody is equipped with a law library computer. Inmates may sign up to use the law library computer with the Correctional Officer on duty. Thirty minute (30) blocks of time will be allotted on a first come basis. Inquiries for additional legal material may be made by filling out and addressing a request slip to the Law Librarian. Inmates in administrative segregation are permitted access to the inmate phone system three times per week. You will not be permitted to participate in jail treatment programming. However, if you want to be seen by a spiritual advisor, please make that request to the Volunteer Services Coordinator and/or the Volunteer Services Coordinator and that service will be arranged.

Inmates in administrative segregation will **NOT** be given the opportunity for institutional employment and are **NOT** eligible for Community Corrections unless the court specifically orders it.

## 606 Disciplinary Segregation (Behavioral Housing Unit)

Inmates in disciplinary segregation will not have contact with the general population. You will be given a twenty minute shower period three times per week and will be offered recreation for one hour five times per week. You are not permitted access to the inmate telephone system. Any communication with your attorney must be done through the inmate mail system. Commissary is not offered to inmates in disciplinary segregation and visitation will not be permitted until you are removed from this status. Inmates housed on this unit are not able to access the law library computer; therefore, all requests for legal material must be sent in writing to the Law Librarian.

Should you request protective custody status (see Section 607) during your stay in the BHU, disciplinary segregation, you will remain on the tier. Also, should you be placed on suicide observation, or if you are relocated to suicide observation, the days spent on suicide observation will not count toward your disciplinary segregation time. Your disciplinary segregation time will resume when you are medically cleared by the physician or designee from suicide observation.

In the event you are sent to another institution during your disciplinary segregation time, your segregation time will stop being credited and you will resume your segregation time upon your return to our institution.

## 607 Protective Custody

Any inmate requesting protective custody must make that request in writing. Once requested, the individual case will be reviewed by a classification specialist for final determination. Simply requesting protective custody does not guarantee that it will be granted. Once protective custody has been granted, the classification team will review the case every forty-five (45) days.

As a protective custody inmate, you will receive the same privileges that are offered to other inmates of the same custody level, and will be eligible to receive visits according to the schedule posted on your housing unit. For security reasons, the programming and daily activity schedules of protective custody inmates may be modified or reduced if deemed necessary by the administration.

Inmates of this housing status will be fed on their housing unit; will have daily access to the inmate phone system and showers. Treatment programming will be afforded as long as it does not provide an undue security risk. Commissary is offered to this class of inmate consistent with the schedule for all custody levels. The housing unit for this level of custody is equipped with a law library computer. Inmates may sign up to use the law library computer with the Correctional Officer on duty. Thirty minute (30) blocks of time will be allotted on a first come basis. Inquiries for additional material may be made by filling out and addressing a request slip to the Law Librarian.

## 608 Special Needs

Inmates designated for special needs housing will be segregated from the general population. The Classification Division and/ or the Medical Division will make a determination at the time of initial classification as to who is appropriate for this housing status. These inmates will be offered programming, services, and visitation on a case by case basis.

Inmates in special needs housing will receive daily phone and shower privileges and will be fed directly on the housing unit. Commissary is offered to this class of inmate consistent with the schedule for all custody levels.

## 609 Medical Housing

Inmates assigned to medical housing will be classified as medical observation or medical isolation. All inmates have visitation privileges. Medical isolation inmates, however, need approval from the jail doctor to have visits. Visiting times are posted on the housing unit.

Inmates housed in the Medical Division have limited access to the jail commissary and a Medical Division staff member must review all commissary items. Daily access to the inmate phone system

and showers is permitted. Inmates housed on this unit are not able to access the law library computer; therefore, all requests for legal material must be sent in writing to the Law Librarian. Inmates housed in the Medical Division do not have access to the gym or any other programs unless approved by medical staff.

## SECTION VII: SERVICES

### 701 Maintenance
The institution has a full-time maintenance staff to repair any structural problems that may occur. Should you become aware of anything needing repair, kindly bring this matter to the attention of the officer assigned to your housing area. Otherwise you may be held responsible for the damages.

### 702 Laundry
All laundry will be done in the jail laundry. Laundry exchange is <u>mandatory</u>.

**Sheets and Blankets:** Sheets and blankets will be exchanged one-for-one, on the specific day scheduled for your housing area. Every inmate is required to exchange his/her linens in accordance with the posted schedule. Failure to do so will result in progressive discipline and loss of privileges.

**Other Laundry:** All other items to be laundered must be placed in your laundry bag, which must be marked clearly with your name and cell number. On your scheduled laundry day, you must place your laundry bag in the laundry cart in the mall area no later than 7:30 A.M. Any laundry not placed in this location by 7:30 A.M. will not be done until your next scheduled laundry day (see schedule posted on the bulletin board of your unit).

If you are on a housing unit that does not go to the dining hall you must have all your laundry in a laundry bag that is clearly marked with your name and cell number. The housing unit runner will collect the laundry bags and make them available to the laundry runners just outside of the housing unit. Laundry runners are not permitted on these housing units. Check with the correctional officer on your housing unit for the pickup procedures and schedule.

### 703 Haircuts
The jail administration acknowledges the need to have all inmates maintain an effective level of hygiene and encourages the correctional staff to remain sensitive to the individual inmates and the need to display an acceptable institutional standard. This includes basic haircuts provided by contracted service provider(s) for both the male and female inmate populations. Hairstyles of different types will be permitted provided they do not conflict with the facility's procedures for safety, security, identification, and sanitation efforts. However, any grooming activity, which apparently changes the appearance of the inmate, will be reported by the housing unit officer to the Intake Division for immediate review and possible issue of a new file identification photo. All hairstyles must be able to be searched by institution staff with security equipment or pat searches.

Community Corrections runners and kitchen workers are eligible for one (1) haircut per month. These haircuts will be given when the service provider(s) are available. Request for haircuts are

required and must be submitted to the community corrections officer via written request. Inmate hair, beards, and mustaches shall be trimmed to maintain hygiene and safety standards and to meet requirements of work, especially around mechanical equipment and food. On such assignments, inmates may be required to wear appropriate covering such as hats or hairnets. Inmates are not permitted to cut or groom the hair, beard, or mustache of another inmate.

All inmates shall be assessed the current posted and contracted price, for a haircut unless deemed to be indigent. Inmates are considered to be indigent when their inmate commissary account is less than $10.00 for a period of two months without deposits or withdraws for haircuts commissary. Indigent haircuts can occur after a period of two months any charges for will be placed on your account for payment at a later time. All other haircuts will be once a month.

Disciplinary and special needs inmate haircuts must be approved and scheduled by the classification division staff. Hairpieces may be permitted, when it is necessary to present a normal appearance or to grow hair as a result of an accident, injury, or disease as certified by the institution physician. An inmate request for a hairstyle exemption based on religion shall be in accordance with Pennsylvania Department of Corrections "Religious Activities."

### 704 Weekly Commissary

Commissary services at Northampton County are provided and managed by a third party contractor to provide commissary services. Commissary is available weekly. **You may place your commissary order weekly by using your T.I.D. number and accessing the inmate phone system between the hours of 4:00 P.M. Friday and 9:00 P.M. Sunday.** A commissary menu and written instructions on accessing the commissary telephone system are available on your housing unit. The telephone prompts are available in both English and Spanish. There is a $100.00 maximum order per week (excluding TV's, radios and clothing) and orders will be paid from your inmate account. Orders will be delivered in heat sealed clear plastic bags as they are received from the contractor. A receipt, including your name and beginning and ending balance will be included in the bag. The commissary provider will attempt to deliver two times to an inmate. If after the second attempt the inmate was not, available for the delivery the commissary will be returned and a credit will be issued. The commissary provider will not keep any commissary onsite for longer than one week.

Please note, your housing unit and custody assignment may limit your access to certain commissary items. Please contact your housing unit officer if you have any questions.

**Please note that there is no set schedule by housing unit for delivery of your order. Deliveries will take place weekly. Please do not ask your housing unit officer to check on the status of your order as he/she does not have contact with the vendor.**

If you are discharged from the institution, your order will be canceled and your account will be credited the proper amount. If you have already left the institution a refund check will be mailed to you. However, if you owe room and board charges, your commissary money will be applied to your outstanding balance. No perishable items will be stored by the Department of Corrections.

If you are transferred to another facility and/or reclassified to a different housing unit (Administrative Segregation limited commissary) (Disciplinary Segregation no commissary) where perishable items are not permitted, your perishable items will be discarded. If you purchase a television, money will be added to the price of a television set for cable hook-up fee.

## Commissary Services

Friends and family members of an inmate can set up or add money to an Inmate Account for an Inmate to order commissary items. The friend or family member can add money to an inmate commissary account the following ways:

Money Order
- Payable to "Northampton County IPP"
- Money Orders must include the inmate full name and permanent I.D. number. Money Order will not be accepted if this information is missing.
- Money Orders must be mailed to the Jail:
  - o Northampton County Department of Corrections
  - o Attention: IPP
  - o 666 Walnut Street
  - o Easton, PA 18042

Online
- www.connectnetwork.com
- Create an account.
- Click on "Offender Trust Fund"
- Deposit funds to a specific inmate trust account
- Available 24 hours a day, 7 days a week
- Deposits are available within 24 to 48 hours
- Accepts MasterCard, Visa, or Discover credit or debit cards

Kiosk
- Located in the lobby of the Jail, 139 South Union Street, Easton, Pa.
- Deposit funds to an inmate commissary account.
- Accepts cash ($5, $10, $20, $50, $100)
- Accepts MasterCard, Visa, Discover credit or debit cards.
- Deposits are available within 24 to 48 hours
- Keep your receipt in case you experience problems with your deposit.

Telephone
- Call 888-988-4768
- Available 24 hours a day, 7 days a week
- Deposits are available within 24 to 48 hours
- Deposit funds to a specific inmate commissary account.
- Accepts MasterCard, Visa, or Discover credit or debit cards.
- For some telephone deposits, the caller will need the Facility Site ID (20), inmate first and last name, and date of birth.

*Transaction fees may apply to all deposits.

Once an account is established, the Inmate orders their own commissary items through the inmate telephone system. Orders are placed Friday through Sunday. Orders arrive on Tuesday.

<u>Commissary Services / ACCESS SECUREPAK</u>

Friends and family members <u>can order</u> commissary items for an Inmate through ACCESS SECUREPAK.

Online
- www.pacountypackages.com
- Select Northampton County Prison
- Caller must know the Inmate name and Permanent ID Number
- Create online shopping list cart
- MasterCard and Visa credit or debit cards accepted
- Call 1-800-546-6283 to check the status of your order 24 hours a day, 7 days a week.
- Customer Service Hours:
  - Monday – Friday, 8:30 am – 12:00 am
  - Saturday 11:00 am – 5:00 pm
- Orders arrive on Tuesday.

**705 Mail**
The Northampton County jail has partnered with a third party to search the mail and provide copies of all mail to the inmates from family and friends. The company is called TextBehind. All incoming mail can be sent to the address below or can be directly sent from the TextBehind website (www.textbehind.com). Outgoing mail is subject to search and/or examination by jail officials for any content that is contrary to legitimate penological interests. Mail is still delivered on a regular basis. There is no institutional mail service on Saturdays, Sundays or federal holidays. Legal mail from elected officials, attorneys and officers of the court will be opened and inspected for contraband in your presence. Mail logs are not permitted to be given out; therefore, inmates are required to keep track of all mail incoming and outgoing.

Incoming mail should be addressed as follows:

**(Offender's Full Name) and PERMANENT ID #**
**NORTHAMPTON COUNTY JAIL**
**PO Box 247**
**Phoenix MD 21131**

## About TextBehind°

TextBehind® is a communication service designed to connect families, children, and friends with their incarcerated loved ones using our easy-to-use website and the FREE mobile app.

Writing letters by hand, printing and sending photos, and then going to the post office takes just too much effort and time. TextBehind® brings your incarcerated loved one back into your everyday life by making communication more convenient, consistent, and affordable.

Consistent communication with family, children, and friends during incarceration has shown a decrease in recidivism. Strengthening bonds with family, friends and showing support for the incarcerated loved one creates a significant positive impact.

TextBehind® service makes it EASY AS ❶❷❸ for you to create a FREE account, add your incarcerated loved one as a contact, and begin communicating more consistently and affordably at any time.

To GET STARTED, please visit www.TextBehind.com or download the FREE mobile app " TextBehind " for your smartphone.



**Need assistance or have questions?**

Email:    info@TextBehind.com
Website:  www.TextBehind.com

TextBehind® is a secure nationwide service and located in the State of Maryland

## Pricing

*The lowest cost per order is offered through available discount deals*

**Text Letter with Photos**       As low as $.49
- Each order contains up to 5,000 text characters and 4 photos
- Add more photos for only .25 cents each
- Inmate reply letters are sent right to your smartphone with instant text and email alerts

**Personalized Greeting Card**       As low as $.49
- High quality card cover themes for any occasions
- Each order contains up to 5,000 text characters and 4 photos
- Add more photos for only 25 cents each
- Inmate reply letters are sent right to your smartphone with instant text and email alerts

**Dood es4Kids**       As low as $.49
- Draw your own artwork using www.TextBehind.com or smartphone app with easy to use drawing tool
- Inmate reply letters are sent right to your smartphone with instant text and email alerts

**NEW TECHNOLOGIES**
*Coming in Fall 2021*
- Legal Mail Processing System
- Advanced Document Management System
- Books & Magazines Secure Ordering Online

And, much more...

**24-Hour Delivery** *Monday - Friday*

**Example of a Text Letter with 4 Photos**





## Secure Payment Options

Choose from any of the following secure payment options with confidence when using TextBehind® services:

- Credit cards
- Debit cards
- Prepaid debit cards



TextBehind® technology is protected by multiple layers of security to safeguard your personal information. We have partnered with Amazon®, GoDaddy®, and Authorized.Net® to ensure that your information is SAFE & SECURE.

*TextBehind® Service Partners:*

amazon    GoDaddy    Authorize.Net



Any money orders or government checks accepted through the mail will be credited to your account. (See Inmate Accounts) You may not receive cash, personal checks, postage stamps, pre-paid phone cards, or debit or credit cards through the mail. Cash and personal checks are contraband. We will not accept mail that has an illegible return address, an incomplete return address or no return address. All these items will be returned to the post office. We will not accept COD or "postage due" mail.

Publications such as newspapers or magazines must be mailed directly from the publisher and will be returned to sender if sent in any other fashion.

Books must be mailed directly from a bookstore or publisher and will be returned to sender if mailed in any other fashion.

    a.   Books may be soft or hard cover. Covers of hardbound publications are permissible, but may be damaged through

examination or removed where the inspection of the cover is deemed necessary and no reasonably available alternative form of inspection is adequate. Inmates are limited to two (2) hardbound cover books in their possession

Magazines, newspapers, periodicals, books and letters may be restricted, confiscated and/or limited if the correspondence/material:

a. Is a security concern;
b. Is contrary to legitimate penological interests;
c. Contains instructions for the manufacture of explosives or other weapons, drugs or other unlawful substances or devices;
d. Deals with escape, disappearing, etc.; advocates violence, in general, or within the institution;
e. Advocates racial, religious or national hatred;
f. Contains symbols, materials or references that are identified as gang related;
g. Contains encoded messages;
h. Contains sexually explicit material or photographs;
i. Contains stickers, postage stamps or pre-paid stamped envelopes;
j. Contains Polaroid pictures;
k. Contains musical devices, metal objects, hard substances, food or any other item which is not pictorial form;
l. Contains anything that would have to be destroyed to be properly screened;
m. Contains oversized objects (i.e. larger than 8 ½ by 11 inches);
n. Contains more than the allowable items permitted in the cells (i.e. 10 photos, etc.)
o. Contains third party correspondence;
p. No more than 5 books are permitted from bookstore or publisher in one package;
q. Colored pictures with crayon or paints will not be accepted;
r. Body tissue or human excretions;
s. Hard plastic cards, catalogs, or spiral bound books;
t. Small artifacts
u. Contains anything deemed unacceptable by the shift supervisors or his designee.

Subscriptions found to be generally unacceptable will be refused and returned to the sender/publisher. The sender/publisher will be given an explanation for the refusal.

**Outgoing Mail:** Outgoing mail is subject to search and examination and must be addressed with your name, and permanent ID #, printed legibly above the return address. **No other markings or notations may be made on the envelope of outgoing mail, or it will be returned to you.**

If you need to send registered or certified mail you will be responsible for the cost of any postage in excess of the current first class postage rate (forms available on housing unit).

Stamps, stamped envelopes, oversized legal envelopes, special occasion cards, and writing materials are available for purchase through the commissary. In addition, writing materials will be made available to you on a monthly basis upon request of the officer assigned to your immediate housing unit. Five (5) pieces of paper and five (5) envelopes will be provided free of charge each month. Inmates may request a maximum of five (5) letters be posted free of charge each month. All outgoing mail must be deposited in the mail boxes provided for that purpose on the housing units.

**Legal Mail:** Any item sent to, or received by an inmate's attorney; court related entity (Court of Common Pleas, Superior Court, etc.) state, local, or federal legislator; county or state parole department; police department; federal law enforcement agency; or magisterial district judge. All legal mail will be logged and must be signed for on your housing unit.

**Restricted Correspondence:** Correspondence with a victim or witness in your criminal case, or with a person who has served you with a protection from abuse order, will be monitored and recorded. Any such correspondence will be turned over to the District Attorney or Sheriff's Office.

**Corresponding with another inmate:** Mail between inmates at Northampton County Jail is prohibited. If you wish to correspond with an inmate from another institution, you must write a letter to the Warden or Superintendent of that facility and gain their permission. Our institutional approval is reserved for family members, not co-defendants. Exceptions may be granted by the Director or Warden under approved circumstances. Community citizens may request through the D.O.C., that mail not be sent to their address, such items will be returned to the sender.

**Failure to comply with these conditions may result in the issuance of a formal misconduct and the loss of mail privileges.**

## 706 Visits

The majority of inmates receive visits according to the schedule posted on your housing units. If any confusion exists as to when and how often you receive visits, please ask your housing unit officer for assistance.

Upon initial classification you were given an approved visitors registration form (NCP-096). You may not receive visits until that form is completed and returned to the administration. You may register up to eight (8) visitors, subject to approval of the administration. Once your visitors have been approved and registered in our database, the form will be returned to you. You may submit changes to your original approved visitors registration form four (4) times per year. The changes must be submitted between the first (1st) and fifth (5th) on the Supplemental Visitor's List (NCP-84), during the following months **ONLY**: January – April – July – October.

If you submit the name of a minor child under the age of eighteen (18) for approval, the parent or legal guardian will be contacted for approval. Approval must be given on the form supplied to them and must be notarized before it is returned. Some classifications of inmates have restriction on the visitation of children beyond what is reported in this manual. If you are one of those inmates,

you will be instructed as to the restrictions and any additional procedures required registering a minor child.

As a general rule, one (1) adult and two (2) children are allowed on any visit. Anyone requesting a modification to the visitation process must request the change in writing to the Shift Lieutenant. A request does not guarantee a modification. Proper identification must be shown in order to verify the length of travel. All adult visitors and children who are over the age of twelve (12) must have some type of photo identification in order to visit. Government Federal, State or Local issued I.D.'s are acceptable.

**NOTE:** Residents on suicide watch must be cleared with Classification Division and Medical Division before receiving a visit.

**NOTE:** It is your responsibility to inform any anticipated visitors of your visitation schedule. Jail employees will not provide visiting information over the phone.

**NOTE: Visitors are to be appropriately dressed. Failure to comply with the posted dress code requirements will result in your visit being denied.**

**NOTE: ALL VISITORS ARE SUBJECT TO SEARCH. ANY VISITOR OR INMATE WHO ATTEMPTS TO INTRODUCE CONTRABAND INTO THE JAIL DURING A VISIT WILL BE PROSECUTED TO THE FULLEST EXTENT OF THE LAW.**

While you are in the visiting room or visiting room booth, you and your visitors are expected to conduct yourself in a proper manner.

  a. Inappropriate behavior is strictly prohibited.
  b. Any visitor or inmate who defaces a visiting room booth is subject to prosecution and restitution as well as the loss of visitation privileges.
  c. Any visitor or inmate who has to be removed from the visitation area or visiting room booth, or is found to be in possession of contraband, will be banned from having visits or from visiting the institution for a period of time up to and including the term of your incarceration.
  d. Any visitor or inmate who has been suspended must send a letter requesting reinstatement once the suspension period has expired. The letter can be sent to the Warden or his/her designee. A second suspension will result in the visitor or inmate being permanently banned from visitation.

**Visits:** Main Jail: At all times you are to remain seated. Nothing is to be brought into the visiting room with you, unless previously approved by the administration. At the end of each visit a complete strip search may be done. If anything is found in your clothing or on your person, it will be considered contraband and will be confiscated. Violation of any of the above will result in a formal misconduct being issued and will lead to the loss of your visiting privileges

Children must stay seated with the adults and may not roam through the visiting room or disturb others. If a visitor comes to see you during a scheduled program (such as gym, yard, or law library), and you are not on your housing unit, you will **NOT** be called out for that visit.

We do allow visits between inmates as long as the inmates are related by birth or marriage, i.e., father, mother, brother, sister, wife, or husband. Visits between engaged inmates or those who state common-law marriages is not permitted. Proof of marriage is required as well as proof of any other birth relationship. Requests for this type of visit must be made in writing to the Treatment Coordinator.

**Visitation Schedule:**
The majority of inmates receive visits according to the schedule posted on your housing unit. Only one (1) visit is permitted per visiting session. (Example: only one (1) visit at night). If any confusion exists as to when and how often you receive visits, please ask your housing unit officer for assistance.

**NOTE: Visitors can access the Northampton County Jail Website for visitation schedules and cancellations**. Go to www.northamptoncounty.org, click on "Departments" and then "Corrections".

**707 Voting**

**Voting:** While you are detained at Northampton County Jail, the opportunity to vote via mail in ballot in either the Primary or General election may arise. The deadlines for applying and sending out a mail in ballot will be posted on your housing unit to allow you ample time to complete the process. You may contact your housing unit case manager for the **Pennsylvania Application for Mail in Ballot**, and the address of the **Pennsylvania County Election Office**. You must write to your original county of residence to request a mail in ballot, however per **Section 4** of the application, you will indicate you want your ballot mailed to you at the following address:

Northampton County Jail
666 Walnut St.
Easton, PA 18042

**Please note, the Northampton County Jail only provides you with the necessary paperwork needed. You are solely responsible for applying for your mail in ballot, placing it in the mail, completing your mail in ballot once received, and placing your completed ballot in the mail before all posted deadlines.**

**708 Marriage Guidelines**

The following guidelines must be followed if you wish to marry while in jail:

    a. The inmate must obtain written approval from the Warden or authorized designee.

    b. You cannot get married if you have an immigration detainer, or if you have an open detainer in another county. If you have another county detainer, you must get court approval from that county.

    c. If you have open charges from another county, you must get the permission of that county before your request is granted. Inmates who have an active Immigration detainer are not permitted to get married while in our custody.

    d. The inmate must have his/her intended apply for a marriage license at the Orphans Court Division, Northampton County Courthouse, 669 Washington Street, Easton, PA 18042. Written approval from the Department of Corrections will be required and shown at this time. A cash payment is mandatory to pay for said marriage license.

    e. The intended must then fill out his/her part of the marriage application. The petitioner must provide their own information as well as the inmate's information. A representative from the Orphans Court will then come to the prison to have the inmate fill out your portion of said marriage application.

    f. The marriage license becomes valid three (3) days after the inmate signs the application and takes the oath. After the inmate signs the application they will have 60 days from that day to arrange the marriage.

    g. The intended will be required to locate a member of clergy who has been ordained and is legally certified to perform the ceremony. The individual must present proof of certification and will have to complete the necessary clearance forms as required by the Department of Corrections. The intended must contact the Volunteer Service Coordinator (610-829-7642) at the jail to schedule a date and time for the marriage ceremony. Any fees associated with the ceremony will be paid for by the intended.

**709 Law Library**

The Northampton County Prison maintains a comprehensive law library, as well as, computerized legal reference materials on each housing unit. The library is staffed by a full time law librarian, who handles the maintenance of legal publications and computer programs. All housing units are equipped with electronic access to authorized legal software programs seven days a week. Please consult the housing unit officer for availability. * The Behavioral Housing Unit and the Medical Housing unit are the only exception. Request slips will need to be submitted directly to the Law Librarian for all reference materials.*

Inmates in need of extensive legal research may submit a request slip to the law librarian for additional resources not available on the tier computer. Some publications may be available to sign out on a 3 day pass under the discretion of the law librarian. You may request paperwork to hand write and file for your case by submitting a request to the law librarian. The law library is unable to provide copies for any reason. Please contact your attorney or ask someone on the outside to complete this service.

**The following rules and regulations are to be followed by inmates utilizing the library computers or the signing out of legal reference materials:**

a. The LexisNexis program is provided for inmates on both the housing unit's tablet system and law library computers.

b. Housing unit law library computers or for legal research only. **THERE ARE NO EXCEPTIONS TO THIS RULE.**

c. Eating and drinking is prohibited while using the law library computer. All personal legal/research materials should be kept with you at all times and should not be left by the tier computer.

d. Sign-Outs for legal books are upon availability and are at the discretion of the law librarian. Any legal book authorized to an inmate MUST be kept in the same condition, the inmate assumes full responsibility of the material on loan, and is not to allow any other inmate to possess said publication.

e. Priority for book sign-outs is given to inmates that do not have access to either the tablet system or tier computers.

f. Please allow the librarian 5 business days to process a request slip. Submitting multiple slips for the same material will only slow the process for yourself and others.

**Suspension of Law Library Privileges:** Inmates who purposely damage, destroy, or misuse any law library property, and those who persist in exhibiting abusive or disruptive behavior toward the law librarian/ others who administer legal assistance may have their law library privileges stripped by the Director or his designee. All infractions will be documented and handled through the disciplinary misconduct process.

**710 Jail Advisory Board**
The Jail Advisory Board is a community-based group that takes complaints and suggestions from the inmate population on a monthly basis. When you see an advisory board member touring the facility, you may ask them anything or file any type of oral complaint you wish to the member. Under no circumstances is retaliation against a board complaint acceptable, and you should feel free to speak your mind at all times.

The Jail Advisory Board serves a very vital role in improving the quality of life for the inmate population. *The Jail Advisory Board is considered an integral part of the* <u>*Inmate Grievance*</u>

*Process.* If a situation arises that you wish to bring to their collective attention, you may write to the Advisory Board through the Director of Corrections.

## 711 Grievance Review System (GRS)

The Northampton County Department of Corrections allows an inmate to file a grievance to resolve a disputable matter while in our custody. Inmates are to complete a request slip to the shift supervisor to attempt to resolve their complaint. If you and the shift supervisor are unable to come to a resolution, they will provide the grievance form (NCP FORM No. NCP-167) for you to complete and submit. You are to list your concerns along with a possible resolution. Your grievance will be answered in a timely manner, with a written response to you from the Grievance Supervisor. You may appeal the Grievance Supervisor's decision to the Deputy Warden of Classification or their designee using Form No. NCP-169. See the complete GRS protocols listed on your housing unit for additional procedures of appeal.

## 712 GTL Tablets

As a result of a contract between GTL and Northampton County Jail the inmate population will have the ability to utilize electronic tablets for educational and recreational use. The tablets can be used throughout the day. Tablet use is a privilege, not a right and can be suspended at the discretion of DOC staff.

## Logging In

- Your face needs to be inside the box on the login screen
- Your ID is a combination of your Inmate ID+Phone PIN. Enter your combined Inmate ID and Phone Pin and press login. You can then select a profile and press start.
- If you continue to have login issues, report it to GTL through phone or request slip.

## Adding money to your account

- Friends/Family can add money to your tablet account or they can add funds to their own account for messaging by going to the website: **www.gettingout.com**
- No changes have been made to your Phone Account. Phone time will also work on the tablet to make calls. The same rates apply to both the wall phones and your tablet phone.
- You can view your tablet account balance at the top of each page when logged in.

## Profiles

- **Free Profile -** *10-minute time limit*
  - o Account balance and activity, requests grievance
- **Promotional Profile -** *$0.03 per minute*
  - o Messaging, limited games/music (*Content subject to change*)
    - You must send an email invitation through "Contacts" to Friends and Family and they must accept the invite before you can start messaging with them.

- **Standard Profile** - *$0.05 per minute*
  - o Games, books, Streaming Music and much more
  - o News, Sports, Photo album of all received photo.
- **Education Profile**
  - o Provides free access to educational content.

## Quick Tips

- Your Friends/Family can send you messages by setting you up as a contact on **www.gettingout.com**
- All messages, photos and videos are subject for review and approval. Inappropriate content will be blocked and is non-refundable.
- The tablet is loaned to you for free. Any damage to the tablet will be investigated and you could be charged $250.00.
- You will continue being charged while you are logged into the Tablet and it is your responsibility to make sure you fully logout of the tablet.
- Please leave the tablets on the charging station when not in use.

If you are having issues, please use the Tablet Feedback form located under Requests.


## SECTION VIII: PROGRAMS

### 801 Recreation

Northampton County Jail maintains secure outdoor recreation areas and indoor gyms, which offer access to fresh air, for inmate use. During normal operations, recreation is made available to the majority of the population every day. In the main prison, the schedule of days and times for recreation is posted on the housing unit. Recreation on the A2, B2 and B4 housing units is available in the gym located on the unit. Access to the gym on the unit is limited to normal "out of cell time" housing unit rules and regulations. Please see your housing unit officer if you have any questions.

Inmates, housed in administrative segregation and disciplinary segregation, are permitted one (1) hour of recreation five (5) times per week.

Boxer shorts, shower shoes, moccasins, radios and food items are not permitted in the gym or exercise yard. Water will be provided in the outside yard area. No beverages, other than water, are permitted in the recreation areas.


### 802 Volunteer Services Programming

A variety of programming exists for the residents that are performed by volunteers. Based on your classification assignment you will have different degrees of programming options. If you would like to sign up for some type of programming, please see your housing unit officer for instruction.

Volunteers are a valuable commodity in any institution and are to be treated with respect and dignity at all times. If you fail to follow this suggestion, you will not be permitted to participate.

## 803 Religion

The Northampton County Department of Corrections has a full time Volunteer Services Coordinator whose job is to look after the religious needs of the institution. The office is also available to discuss issues of great concern to any inmate and to which some guidance is requested. If you wish to see someone from the Office of Volunteer Services about a religious or personal issue, please put in a request and you will be seen in a timely manner.

An inmate may designate his/her religious preference upon intake. Regular religious services are held for the Protestant, Muslim and Catholic faiths. Other faiths also have observances at scheduled times. Spiritual advisors may visit the institution to meet with and instruct members of the various faiths. If you do not have a particular spiritual advisor and wish to be seen by one, please contact the Volunteer Services Coordinator and a one-on-one service will be established. Schedules of various religious services and observances will be posted on the housing area bulletin boards. Facility staff, Contract Service Providers, as well as family members, relatives of inmates, including significant others and friends of inmates are not permitted to serve as Religious Advisors.

Various religious items are permitted including religious books, prayer rugs, and pamphlets in reasonable quantities. Religious medallions, not exceeding the size of a half-dollar in size are also permitted. Misuse of a religious object(s) may result in the object(s) being confiscated. If you have a question about a religious artifact or a religious observance, please contact the Volunteer Services Coordinator.
In addition, special regulations apply to religious garments, such as, Yarmulkes and Kufees. Kufees and Yarmulkes (white or black in color only) may be worn in the general population, including the dining room. This does not apply to other forms of headwear. If you feel that the headwear of your religious group should be permitted, please contact the Volunteer Services Coordinator and they will evaluate your request.

**Plastic rosary bead necklaces and medallions**: Only <u>white</u> beaded chains (no longer than 20") and <u>white</u> religious medallions are permitted. Any other color plastic beaded necklace is considered contraband and will be confiscated.

Religious services vary from time to time based on the willingness of community volunteers to assist in worship. If you have any questions about a particular time or type of service please contact the Volunteer Services Coordinator. If your religious affiliation is not currently active in the facility, every attempt will be made to gain their participation once the Volunteer Services Coordinator has approved that organization.

Inmates who wish to change their religious denomination after booking must contact the Volunteer Services Coordinator via a request slip. You will then be provided a questionnaire to determine the sincerity of their request. Please note inmates will only be able to change religions once every

six (6) months and after confirmation with a religious representative who will confirm the sincerity of the request.

## FAITH BASED PROGRAMMING

| | |
|---|---|
| Sunday Church-Various Denominations | Fulilove |
| Bible Study-Various Denominations | Freedom Ministries |
| Prison Fellowship | Priority One Foundation |
| Spanish Bible Study | Lighthouse Ministries |
| Greater Shiloh Church | Yoke Fellowship |
| Cornerstone Evangelical Church Study | Jehovah Witness Bible |
| Open Door Bible Study | Introduction to Islam |
| Spanish Church Dialogue | Jumah |
| Overcomers | |

## 804 Educational Programming

Minimum custody inmates, along with the majority of medium custody inmates are eligible to participate in educational programming. Inmates classified for educational programs will be tested and placed in programs that meet their educational needs.

Maximum custody inmates who are under the age of twenty-one (21), or who are considered special education students will also be eligible for educational services. Those inmates who are housed in protective custody, administrative segregation or special needs, and who are under twenty-one (21) will also be eligible for educational services. If you are over the age of twenty-one (21) and in one of these housing designations, you are not eligible for educational services.

## EDUCATIONAL SERVICES

**Alternative Education Program Act 30 of 1997:** Easton Area School District and the Colonial IU Compulsory education, which provides the opportunity for a high school diploma.

**English As A Second Language:** Northampton County Community College

**Adult Basic Education**: Northampton County Community College

**General Equivalency Diploma Program:** Northampton County Community College

**College Workforce Bound:** Available to minimum and medium custody inmates during the summer recess for students who already have a diploma.

**English I and II:** Northampton Community College: (Tuition Required) for a limited number of students. (Only available when the college offers)

## 805 Rehabilitation Programming
A variety of community reentry programs are offered. These services are available to minimum and the majority of medium custody inmates. If you have an interest in participating in some type of programming, send a request slip to your case manager. You may be considered for programming if your classification level allows. As new programming becomes available information will be posted on your housing unit.

Only minimum and medium custody inmates are eligible for the programs listed below:

**Contracted Treatment Programming**
The contracted treatment providers offer programs that are in the facility full time and are staffed by employees of their agencies. To access these programs and to determine your eligibility you may send a request slip to the program. There may be waiting lists at times to enroll.

**LEAP:** LEAP is a five week educational program during which participants will focus on personal values, attitudes in the workplace, job readiness skills, preparing resumes and interviewing techniques. Upon release the participants connect with training and other services at Lehigh Valley CareerLink for employment seeking support. LEAP staff work with participants post-release in supporting them in job seeking and maintaining employment. LEAP is a program of the Workforce Board Lehigh Valley.

**Pinebrook Family Answers:** Pinebrook Family Answers offers evidence-based classes in the following areas:

*Moral Reconation Therapy (MRT).* MRT is specifically designed for correctional settings; it addresses thinking patterns that can lead to incarceration. The goals of MRT are to— create change; reinforce permanent change; and transition to the future.

*Parenting Inside Out (PIO).* Parenting Inside Out (PIO) is a cognitive-behavioral parenting program for incarcerated parents. PIO topics include communication, problem -

solving, monitoring, positive reinforcement, and non-violent discipline techniques. This class satisfies most county Children, Youth and Families requirements for parenting classes.

*Anger Management.* This program is designed to help participants recognize, overcome, and control anger. Priority is given to participants who have been court ordered for anger management.

**Fresh Start:** Recovery Revolution provides classes to address substance abuse/addiction. Participants will learn about approaches to recovery and how to make steps toward recovery. For participants who are eligible, intensive case management with Medication Assisted Treatment using Vivitrol is available. Vivitrol is only available for individuals with alcohol, opiate, or heroin abuse history. (It is not effective in treatment for abuse of other substances.)

**Volunteer Provided Programming**
These programs are provided by volunteers and are available to minimum and medium custody inmates. Not all programs are offered on all housing units. Check with your Unit Officer to learn what is available on your housing unit and for instructions on how to sign up. The list below is not exhaustive, but rather representative of what volunteer programming is available.

**Journey Home for Women:** Dr. Bonnie Winfield provides a weekly group to explore life stories, emotions, and circumstances through the use of narrative and expressive art. Journey Home's mission is to provide a safe place for stillness and healing through expressive arts and restorative practices.

**Serve Safe:** Our Food Service contractor provides class for certification for the proper handling and preparation of food. This class is available for kitchen workers.

**A Better You:** Pastor Susan Ruggles conducts a group of varying topics such as art class, fatherhood, creative expression, and relationships.

**Newsletter:** Pastor Sue Ruggles leads a group of men who write, edit and publish a bi-monthly newsletter that is issued to the entire population. All inmates are permitted to submit articles, comments or artwork to be considered for publication.

**Shanthi Project:** Yoga and mindfulness classes. Through therapeutic yoga, Shanthi Project helps trauma survivors establish healthy and productive relationships with themselves, their families and their communities.

**Recovery Groups:** Led by volunteers these groups provide a setting for people to explore recovery and begin making a plan for a sober and clean future. These groups may be led by Alcoholics Anonymous, Narcotics Anonymous or other recovery organizations.

solving, monitoring, positive reinforcement, and non-violent discipline techniques. This class satisfies most county Children, Youth and Families requirements for parenting classes.

*Anger Management.* This program is designed to help participants recognize, overcome, and control anger. Priority is given to participants who have been court ordered for anger management.

**Fresh Start:** Recovery Revolution provides classes to address substance abuse/addiction. Participants will learn about approaches to recovery and how to make steps toward recovery. For participants who are eligible, intensive case management with Medication Assisted Treatment using Vivitrol is available. Vivitrol is only available for individuals with alcohol, opiate, or heroin abuse history. (It is not effective in treatment for abuse of other substances.)

**Volunteer Provided Programming**
These programs are provided by volunteers and are available to minimum and medium custody inmates. Not all programs are offered on all housing units. Check with your Unit Officer to learn what is available on your housing unit and for instructions on how to sign up. The list below is not exhaustive, but rather representative of what volunteer programming is available.

**Journey Home for Women:** Dr. Bonnie Winfield provides a weekly group to explore life stories, emotions, and circumstances through the use of narrative and expressive art. Journey Home's mission is to provide a safe place for stillness and healing through expressive arts and restorative practices.

**Serve Safe:** Our Food Service contractor provides class for certification for the proper handling and preparation of food. This class is available for kitchen workers.

**A Better You:** Pastor Susan Ruggles conducts a group of varying topics such as art class, fatherhood, creative expression, and relationships.

**Newsletter:** Pastor Sue Ruggles leads a group of men who write, edit and publish a bi-monthly newsletter that is issued to the entire population. All inmates are permitted to submit articles, comments or artwork to be considered for publication.

**Shanthi Project:** Yoga and mindfulness classes. Through therapeutic yoga, Shanthi Project helps trauma survivors establish healthy and productive relationships with themselves, their families and their communities.

**Recovery Groups**: Led by volunteers these groups provide a setting for people to explore recovery and begin making a plan for a sober and clean future. These groups may be led by Alcoholics Anonymous, Narcotics Anonymous or other recovery organizations.

**Community Volunteer Service (CVS) Program:** This program provides nonprofit organizations with the opportunity to have inmates who are on the Home Furlough/Community Corrections programs to work within their facilities. The inmate through his/her volunteer efforts has the opportunity to earn additional home furlough hours. An inmate may earn as many additional hours as he or she can during a calendar month. A resident can only use 24 hours per month. Participants must be housed in work release facility.

**House Arrest Program:** This program is solely for inmates that are granted house arrest through the Northampton County Court system. Participants in this program are monitored through an electronic device. The inmate incurs the total cost for this monitoring. This status may be rescinded for cause if an individual violates program rules.

## 807 Veteran's Affairs
If you have been in the military service, you may be eligible for some benefits or specialized programs. You should discuss this or other veteran matters with your case manager. If he/she cannot answer your question, we will direct you to the appropriate military representative.

## 808 Institutional Employment

While in the institution, you may be assigned to a job through the Case Managers and Classification Division. Often times there are waiting lists for employment and all requests for institutional employment should be sent to the Case Managers.

Many job assignments provide on-the-job training that can be of vocational benefits to you. Often jobs you desire have waiting lists or require special qualifications. All kitchen workers must receive medical clearance before being assigned to the kitchen and are required to be clean-shaven; wear hairnets; and sanitary gloves. Initial work assignments may be to areas that are not your main preference. These assignments, however, are stepping-stones to other jobs in the future.

All inmates are paid in accordance with the pay system. Most jobs are paid on a daily basis. With few expectations, you are paid only for the days that you actually worked. Also, conditions in the jail may dictate that you will be required to work outside your normal hours or work double shifts.

If questions regarding your pay arise, please contact the Case Managers. Your pay will be calculated monthly and will be automatically added to your inmate account.

The following rules will regulate the conduct of inmates who are permitted to hold institutional jobs:
1. Failure to report to or failure to work is regarded as a misconduct.
2. Minimum custody inmates who are able to work will be assigned to jobs in the institution depending upon availability.
3. Each inmate working will be expected to carry his/her share of the job and is expected to perform any task assigned.

**Community Volunteer Service (CVS) Program:** This program provides nonprofit organizations with the opportunity to have inmates who are on the Home Furlough/Community Corrections programs to work within their facilities. The inmate through his/her volunteer efforts has the opportunity to earn additional home furlough hours. An inmate may earn as many additional hours as he or she can during a calendar month. A resident can only use 24 hours per month. Participants must be housed in work release facility.

**House Arrest Program:** This program is solely for inmates that are granted house arrest through the Northampton County Court system. Participants in this program are monitored through an electronic device. The inmate incurs the total cost for this monitoring. This status may be rescinded for cause if an individual violates program rules.

## 807 Veteran's Affairs

If you have been in the military service, you may be eligible for some benefits or specialized programs. You should discuss this or other veteran matters with your case manager. If he/she cannot answer your question, we will direct you to the appropriate military representative.

## 808 Institutional Employment

While in the institution, you may be assigned to a job through the Case Managers and Classification Division. Often times there are waiting lists for employment and all requests for institutional employment should be sent to the Case Managers.

Many job assignments provide on-the-job training that can be of vocational benefits to you. Often jobs you desire have waiting lists or require special qualifications. All kitchen workers must receive medical clearance before being assigned to the kitchen and are required to be clean-shaven; wear hairnets; and sanitary gloves. Initial work assignments may be to areas that are not your main preference. These assignments, however, are stepping-stones to other jobs in the future.

All inmates are paid in accordance with the pay system. Most jobs are paid on a daily basis. With few expectations, you are paid only for the days that you actually worked. Also, conditions in the jail may dictate that you will be required to work outside your normal hours or work double shifts.

If questions regarding your pay arise, please contact the Case Managers. Your pay will be calculated monthly and will be automatically added to your inmate account.

The following rules will regulate the conduct of inmates who are permitted to hold institutional jobs:

1. Failure to report to or failure to work is regarded as a misconduct.
2. Minimum custody inmates who are able to work will be assigned to jobs in the institution depending upon availability.
3. Each inmate working will be expected to carry his/her share of the job and is expected to perform any task assigned.

The Pennsylvania Board of Probation & Parole is given a copy of EVERY disciplinary infraction that you receive, regardless of whether you have received lock-up time or not. If the board determines that your conduct is not appropriate for release, you will be denied parole and given a reparole date.

## 903 State Transfer

Pennsylvania law allows an inmate to be confined in a county jail facility for no more than five years (5) less one day for D.U.I. cases only. Should you receive a sentence of two years (2) or greater, you will be processed for transfer to the state prison system. If you receive consecutive sentences that total more than two years, you will be processed for transfer to the state prison system as well. County parole violations that are ordered to be served consecutively with new sentences do get aggregated, and, if the aggregated sentence is more than two years, you will be transferred.

## SECTION X: HEALTH SERVICES

### 1001 Medical Services- PrimeCare, Inc.

The Medical Division staffs this jail 24 hours a day with RN's, LPN's and MA's. A qualified medical prover (MD, DO, PA-C, NP) sees patients here on a daily basis (Monday – Friday). The nursing staff triages medical complaints and can contact a medical provider for orders 24 hours a day.

When you arrive in the institution, the booking officers will ask you a summarized list of medical questions. This first set of questions is to determine if you need to be evaluated by personnel immediately upon arrival. A medical representative will see you within 4 hours of arrival. The nurse will ask you several questions regarding your current and past healthcare needs if any. You will also be asked a set of questions that assess your current psychological state. The nurses will then perform a Tuberculosis skin test (except, if you have had a past positive you will receive a chest x-ray), draw blood as required by the Pennsylvania Department of Health, and all females will receive a pregnancy test.

During your time of incarceration you may need to be seen for a medical problem (see Inmate Financial Responsibility section). A medical request slip should be filled out and placed in the sick call boxes. Within twenty-four (24) hours the nursing staff will review your medical request slip and you will be seen and treated by the appropriate professional.

**NOTE:** **Anyone wishing medical treatment is required to submit a medical request slip, except in the event of an emergency.**

### 1002 Medication

All medication is issued as prescribed by the physician, psychiatrist or dentist. Typical medication distribution times will be 6:00 A.M., 12:00 Noon and 8:00 P.M. Some medications or treatment may require different times; they will only be accommodated if the physician orders it. Residents

are instructed to take the prescribed medication at the time when it is delivered. Failure to do so will result in disciplinary action. When the individual is discharged, the inmate shall inform the discharging officer that he/she takes medications. At that time the medical department is notified and a 72 hour dose is given to the inmate along with instructions to follow-up with his / her physician or mental health professional (see Inmate Financial Responsibility Section). Residents are required to show their ID card when receiving medication to ensure the identity of the inmate.

All psychotropic medication and controlled medications are crushed, per PrimeCare Medical policy unless indicated not to do so by the pharmacy. An inmate may not choose to have the medication given in an uncrushed fashion.

### 1003 Dental Treatment
The dentist visits this institution once a week. All requests for dental care should be submitted on a medical request slip indicating **DENTAL** treatment requested. The dentist, in order of urgency, schedules dental visits and all others will be seen in order of the dates received (see Inmate Financial Responsibility Section). You will be charged a $5.00 fee for a dental visit.

### 1004 Mental Health
The corrections officers, at the time of intake, perform an initial mental health assessment. The nursing staff will perform their own assessment at the time of your intake screening. If the individual has a history of previous treatment, the medical staff will then contact the psychiatrist on-call and obtain orders if needed. The patient will also be scheduled to see mental health and/or psychiatrist. There is no charge to see the psychologist or psychiatrist.

### 1005 Medications for Drug Alcohol Withdrawal
Each case is handled on a case-by-case basis. At the time of the medical intake, you are assessed for drug and alcohol abuse. If it is determined that you may have a problem with withdrawal, the physician or psychiatrist will be contacted for medication orders. If the inmate is placed on a detoxification protocol, he/she will be assessed twice a day to make certain that he/she is medically stable during the detoxification process.

### 1006 Inpatient Hospitalization
If you are hospitalized during your incarceration, the attending physician at the hospital has full medical responsibility for treatment while at the hospital. A member of the jail administration in the event of "critical" circumstances will notify your next-of-kin.

### 1007 Emergencies
In the event of a medical or dental emergency, the inmate shall notify the nearest corrections officer. Action will be taken to provide the resident with the necessary emergency treatment.

### 1008 Medical Grievances
In the event that you have a complaint about health care services, you must follow the grievance procedure. You may request a "Confidential Grievance Form" from a corrections officer. Once

completed, this form should then be placed in the "Sick Call Box". Within seventy-two (72) hours, the grievance will be reviewed and addressed, and you will receive a copy of the response. The original copy will be placed in your medical file.

**Right to Appeal:** You do have a right to appeal any decisions from the medical department. The written appeal must be submitted in writing and sent directly to the Director of Corrections. The administration will respond to your appeal within a reasonable period of time. If any action is required, you will then be notified of the action taken by his/her designee.

## SECTION XI: INMATE FINANCIAL RESPONSIBILITY

### 1101 Program Guidelines
You are required to assume responsibility for a number of financial obligations that the jail incurs on your behalf during your stay here. You may make arrangements to provide payment, or deductions will be made from your account. In either case, the jail's payment schedule is specifically designed so that it does not impose an undue hardship on you.

### 1102 Billing Procedures
Intake personnel will complete a form or written request for all fee services or property restitution obligations assessed to you.

All fees will be deducted in full (when possible) from your inmate account. If necessary, a negative balance will be applied to your account. The conditions for collection of monies when negative balances exist are:
- Fifty percent (50%) of all incoming funds for your account regardless of their source will be credited to your negative account and the remainder will be credited to your account for personal use. This will continue until all negative balances are satisfied.
- At discharge, all available funds from your account will be credited toward any negative balance or room and board costs prior to issuing you a discharge check.
- Negative balances remaining after discharge will be maintained on your permanent records. If recommitted, you will be required to pay any negative balance as outlined in this section.

### 1103 Medical Services
You will be charged an administrative fee of $3.00 for a medical evaluation conducted by the nursing staff (Nurses Sick Call).

There is no charge for prescription medications. If you see the physician or physician's assistant for sick call you will be charged an administrative fee of $5.00. If you have seen the nurse through

nursing sick call and are referred to the physician by the nurses there is no charge. If you had previously seen the physician and he requests a follow-up visit, there is no charge for the follow-up visit.

The medical division determines the application of fees. There is no administrative fee for the following medical services:
- Medical/Intake Screening
- Psychological/Psychiatric Screening and Treatment
- Treatment of Chronic Illness, i.e. Diabetics (Endocrine), Cardiac, Neurology, HIV/AIDs, Tuberculosis, Hepatitis, Dressing Changes, and Colostomy Changes
- Emergencies (NOT ACCIDENTS). Note: All accidents do not qualify as emergencies. Below are some examples:
  - A twisted ankle from activities in the recreation area is not an emergency and is a fee situation.
  - A cut requiring stitches would qualify as an emergency and does not require a fee.

Treatment required as a result of activity in violation of Northampton County Jail Policy is a fee situation. If you intentionally injure yourself or any other person while in jail, you may be held financially responsible for the full cost of medical care that results from that injury. The Director of Corrections, and the Medical Services Administrator, will determine if you will be held financially responsible for any injuries and will notify you in writing if this is the case.

<u>**YOU WILL NEVER BE REFUSED TREATMENT/CARE**</u>
<u>**BECAUSE YOU LACK FUNDS!**</u>

## 1104 Room and Board
If you are a sentenced inmate, are serving a parole violation sentence, or are on the community corrections program, you are responsible for paying room and board costs. Generally, your room and board costs are payable after your discharge from jail, except when you are a community corrections participant. Community Corrections residents are required to pay while on the program.
As per *County of Northampton Resolution Number 31-01 Prison Financial Responsibility Program* the fee for room and board is $10.00 per day during your sentenced time in jail.

When you are discharged from jail (or a state facility, if you were transferred directly there after leaving Northampton County Jail), you will be contacted in writing and asked to establish a payment plan for your room and board. The jail staff will work with you to establish a fair schedule for payment. If you make no arrangements for payment, your account may be referred to a collection agency.

## <u>CONCLUSION</u>

Hopefully this information will assist you in your first few days in county custody. New commitments should feel free to write or ask any staff member for assistance, particularly unit staff.

*Northampton County Jail Advisory Board*

Chairman    Jodi Ruggiero

Paul Patrick, Baron Vanderburg, Joshua Robinson, Christopher Hess

Mr. Kevin Lott
County Council Jail Liaisons

Letters or Grievances May Be Addressed to the Jail Advisory Board
C/O Director of Corrections
Northampton County Jail
666 Walnut Street
Easton, PA 18042

